# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA

Veronica L. Duffy United States Magistrate Judge Presiding

Courtroom Deputy - DJP
Courtroom - SF #1

Court Reporter – FTR #1
Date – April 26, 2023

## 4:21-CR-40169-KES-2

| | |
|---|---|
| UNITED STATES OF AMERICA | Connie Larson (for Mark Hodges) |
| Plaintiff, | |
| vs. | |
| RUSTY JAMES DRISCOLL | Anthony Sutton |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 4:00 PM

TIME:

4:01 PM      Enter motion hearing re: [184] Motion for Discovery Access.

               Argument by Mr. Sutton.

               Argument by Ms. Larson.  Ms. Larson offers Exhibits 1-5.  Received under seal.

               Statements by the Court.   The motion is denied.

4:24 PM      Court in recess.