UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSTY JAMES DRISCOLL and<br>SHAUNNA MARIE GROSS<br><br>Defendants. | 4:21-CR-40169-KES<br><br>**DEFENDANT RUSTY DRISCOLL'S MOTION FOR *IN-CAMERA* REVIEW OF COOPERATING WITNESSES' PRESENTENCE INVESTIGATION REPORTS** |

COMES NOW Defendant Rusty James Driscoll, by and through his attorney, and pursuant to *United States v. Garcia*, 562 F.3d 947 (8th Cir. 2011), hereby requests that this Court review the presentence investigation reports (PSRs) of any witnesses cooperating with the Government to determine if such report(s) contain any *Brady/Giglio* material.

In this matter, Driscoll is charged by indictment with conspiracy to distribute methamphetamine. Based upon the discovery that has been disclosed, the undersigned anticipates that several of the witnesses that the Government intends to call at trial have either entered into cooperation agreements with the Government or are hoping to reach such an agreement.

To ensure that all *Brady/Giglio* material is made available to the defense, Driscoll requests that the Government disclose to this Court the names of any witnesses cooperating with the Government. The Court will then be able to enter an order directing Probation Office to disclose *in camera* the PSRs of any cooperating witnesses, to review the PSRs, and to disclose any *Brady/Giglio* material to the defendants.

1

WHEREFORE, Driscoll respectfully requests the Court grant this motion.

Dated this 18th day of July, 2023.

### REITER LAW FIRM, LLC

BY */s/ Anthony P. Sutton*
Anthony P. Sutton (anthony@reiterlawfirmsd.com)
5032 S. Bur Oak Place, Suite 204
Sioux Falls, SD 57108
(605) 705-2900
*Attorney for Defendant Rusty James Driscoll*