UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:21-CR-40169-KES |
| Plaintiff, | |
| vs. | **NOTICE OF EXPERT WITNESS DEREK KICHENREUTHER** |
| RUSTY JAMES DRISCOLL and SHAUNNA MARIE GROSS | |
| Defendants. | |

TO: Assistant United States Attorney Mark Hodges

You are hereby provided notice by Defendant Rusty James Driscoll, by and through his attorney, Anthony P. Sutton, and pursuant to Federal Rule of Criminal Procedure 16, that the testimony of an expert witness, Derek Kuchenreuther, may be presented at trial.

Mr. Kuchenreuther is employed at Computer Forensic Resources and has experience in forensic analysis of digital evidence. Most of his testimony will be factual in nature, testifying as to the contents of the information contained in the Microsoft Excel document entitled "T-Mobile 623-703-5146" that was produced by the United States in discovery.[1] Defendant Driscoll does not believe that Mr. Kuchenreuther will be offering expert witness testimony as to this document, but is providing this notice out of an abundance of caution to the extent the Court determines otherwise.

---

[1] As you are aware, the December 7, 2021 warrant that authorized the United States to obtain from T-Mobile the information in the Microsoft Excel document entitled "T-Mobile 623-703-5146" as well as the application of and affidavit of DEA Special Agent Tommy Lance Wheeler in support of the request of that warrant, *see* Bates 3087-3099, were disclosed to defense counsel on July 17, 2023 at approximately 4:00 p.m. as a larger production of 979 pages of written discovery (Bates 2493-3471).

1

Mr. Kuchenreuther's CV is attached to this notice. The following is a list of cases he has testified in within the last four years:

2019 - Jose Rodriguez, State, Day County - Defense
2019 - Jennifer Condron, Civil, Minnehaha County
2019 - Kevin Dickerson, State, Minnehaha County - Defense
2019 - Henry Long, State, Minnehaha County - Prosecution
2019 - Keith Cornett, State, Minnehaha County - Prosecution
2020 - Heath Otto, State, Minnehaha County - Prosecution
2020 - Andrew Clark, Federal, Omaha - Defense
2022 - Michael Lawrence, State, Codington County – Defense
2023 – Jared Iron Horse, State, Tripp County – Defense
2023 – Ryan Corley, State, Pennington County – Defense

Dated this 19th day of July, 2023.

**REITER LAW FIRM, LLC**

BY */s/ Anthony P. Sutton*
Anthony P. Sutton (anthony@reiterlawfirmsd.com)
5032 S. Bur Oak Place, Suite 204
Sioux Falls, SD 57108
(605) 705-2900
*Attorney for Defendant Rusty James Driscoll*

In compliance with Federal Rule of Criminal Procedure 16(b)(1)(C)(v), I, Derek Kuchenreuther, hereby declare that I have reviewed this notice and agree to its contents.

Derek Kuchenreuther

2