# Derek A. Kuchenreuther
# CVSE, CVST, MCFE, MCME, MCCE
Digital Forensic Examiner

Phone: (605) 334-9131 | Email: Derek.Kuchenreuther@sdforensics.com

## Computer Forensic Resources, Inc.

<u>General Business Location</u>

2600 W. 49th St. #110
Sioux Falls, SD  57105

<u>Secure Office Location</u>
US Attorney Office
325 S. 1st Ave., #300
Sioux Falls, SD 57104
**NO MAIL ACCEPTED**

## EMPLOYMENT HISTORY

**Computer Forensic Resources**, Sioux Falls, SD          Dec. 2018 - Present
 *Digital Forensic Examiner*

**Minnehaha County Sheriff's Department**, Sioux Falls, SD   Sept. 2002 – Nov. 2018
 *Internet Crimes Against Children Detective*   Jan. 2009 – Nov. 2018
 *Deputy Sheriff Patrol Officer*          May 2006 – Jan. 2009
 *Deputy Sheriff Jail Division*          Nov. 2003 – May 2006
 *Correctional Officer*          Sept. 2002 – Nov. 2003

## RELEVANT EXPERIENCE

*Expert Witness Recognition*: Federal & State Courts (SD)
*Cases Involving Digital Assets*: 700+ cases
*Cases Involving Child Exploitation*: 500+ cases

## CERTIFICATIONS, EDUCATION & TRAINING

**Magnet Forensics**

 *Magnet Certified Forensic Examiner* (MCFE)          July 5, 2022 - 2024

 *Magnet Certified Mac Examiner* (MCME)          June 16, 2022 - 2024

 *Magnet Certified Cloud Examiner* (MCCE)          June 15, 2022 - 2024



EXHIBIT
1

*Updated: 06/2023*

*AX300 Magnet AXIOM Internet & Cloud Investigations*
    32 hours group live instructional curriculum
June 7, 2022

*AX300 Magnet AXIOM Advanced Mobile Forensics*
    32 hours group live instructional curriculum
Feb. 25, 2022

*AX350 Magnet AXIOM macOS Examinations*
    32 hours group live instructional curriculum
April 1, 2022

**Access Data**

*AccessData Certified Examiner (ACE)*
Dec. 2018 – 2020

*Basic Computer Evidence Recovery Training*
    192 classroom hours
    National Computer Forensic Institute
    Hoover, AL
Apr.28 - May 30, 2014

*Advanced Custom Training*
    35 classroom hours
    Law Enforcement Training Center
    Pierre, SD
Oct. 26-30, 2009

**BERLA Corporation, Vehicle System Forensics**

*Vehicle Systems Forensics Course*
    40 classroom hours
    Sevierville, TN
Aug.31 – Sept.4, 2020

*Vehicle System Forensic Examiner (CVSE)* – **Valid Through: 9/4/2024**
    2022 Recertification: Pass
    16 classroom hours (Sevierville, TN)
Aug.31 – Sept.4, 2020

*Vehicle System Forensic Technician (CVST)* – **Valid Through: 9/4/2024**
    2022 Recertification: Pass
    24 classroom hours (Sevierville, TN)
Aug.31 – Sept.4, 2020

**ICAC Training – Digital Forensics**

*Open-Source Forensics for Android Phones*
    24 classroom hours
    Fargo, ND
June 23-25, 2015

*Computer Forensics Investigation Training*
    16 classroom hours
    International Data Forensic Solutions
    Yankton Police Department, Yankton, SD
Oct. 4-5, 2011

***Updated: 6/2023***

*Cell Phone & Portable Storage Forensics*                          May 24-26, 2011
    24 classroom hours
    High Tech Crime Institute
    LE Training Academy, Pierre, SD

*PATC Tech Cell Phone Technology & Forensic Data Recovery*   Feb. 22-24, 2011
    2-year Certification
    Public Agency Training Council
    Las Vegas, NV

*Basic Cell Phone Investigations*                          May 11-12, 2010
    8 classroom hours
    National White-Collar Crime Center
    Jacksonville, FL

*Intermediate Data Recovery & Analysis*                    Apr. 19-23, 2010
    36 classroom hours
    BCA, National White-Collar Crime Center
    St. Paul, MN

*Basic Data Recovery and Acquisition*                      April 12-15, 2010
    28 classroom hours
    Michigan State Police Training Academy
    National White-Collar Crime Center
    Dimondale, MI

## ICAC Training – Child Exploitation

*Online Ads Investigations*                                July 6-8, 2015
    24 classroom hours
    Pierre, SD

*National Law Enforcement Training: Child Exploitation*    June 2-4, 2015
    21 classroom hours
    US DOJ, Atlanta, GA

*Identification of Child Sex Trafficking*                  Nov. 12-13, 2013
    US DOJ, Sioux Falls, SD

*BitTorrent Investigations*                                Feb. 27-28, 2013
    15 classroom hours
    US DOJ, Naperville, IL

*Ares Investigations*                                      Sept. 10-11, 2012
    15 classroom hours
    US DOJ, Sarasota, FL

*Updated: 6/2023*

| | |
|---|---|
| *National Law Enforcement Training: Child Exploitation* | Apr. 17-19, 2012 |
| 22 classroom hours | |
| US DOJ, Atlanta, GA | |
| | |
| *P2P Training Program (Round-Up)* | Apr. 18-20, 2011 |
| 20 classroom hours | |
| ICAC Training & Technical Assistance | |
| Appleton, WI | |
| | |
| *Basic Gigatribe Investigations* | Nov. 4-5, 2010 |
| 12 classroom hours | |
| South Florida ICAC Task Force | |
| Boca Raton, FL | |
| | |
| *Web Case: Basic Internet Investigations & Online Evidence Collection* | June 23-24, 2010 |
| 16 classroom hours | |
| Vere Software, NE State Patrol Training Academy | |
| Grand Island, NE | |
| | |
| *P2P Training Program (EP2P)* | June 1-3, 2009 |
| 20 classroom hours | |
| ICAC Training & Technical Assistance | |
| Jacksonville, FL | |
| | |
| *Investigative Techniques Training* | May 4-8, 2009 |
| 36 classroom hours | |
| ICAC Training & Technical Assistance | |
| Las Vegas, NV | |
| | |
| *Undercover Chat Training* | Mar.30 – Apr.3, 2009 |
| 36 classroom hours | |
| ICAC Training & Technical Assistance | |
| Reston, VA | |

**Western Iowa Tech Community College**

| | |
|---|---|
| *Associates Degree* – Police Science | May 2001 |

## CONFERENCES

| | |
|---|---|
| *Crimes Against Children Conference* | Aug. 12-15, 2013 |
| Dallas, TX | |

*Updated: 6/2023*

*National Strategy Conference on Combating Child Exploitation*          May 17-20, 2013
    21 classroom hours
    US DOJ, San Jose, CA

*PATC Tech Electronic Evidence & Cyber Crime Conference*          Feb. 22-24, 2011
    24 classroom hours
    Public Agency Training Council, Las Vegas, NV

*ICAC National Conference*          May 11-14, 2010
    15 classroom hours
    Jacksonville, FL

*ICAC National Conference*          May 13-15, 2009
    15 classroom hours
    San Jose, CA

## ADDITIONAL INFORMATION

**Private Computer Forensic Laboratories**: assists with maintenance according to the best practices and procedures with regard to computer forensics.

    *Secure Office*: for analysis of digital media containing contraband
    *General Office*: for acquisition and analysis of all other digital media

**ICAC Training – Non-Forensics**

*Prescription Drug Abuse*          Nov. 12-13, 2013
    U.D. Department of Justice
    Sioux Falls, SD

*Supporting Heroes in Mental Health Foundational Training*          Apr. 17-19, 2012
    6 classroom hours
    Pierre, SD

**Law Enforcement Training – Non-Forensics**

*W-Z Advanced Interview and Interrogation*          Dec. 9-10, 2010
    16 classroom hours
    National Training Center Sioux City, IA

*W-Z Basic Interview and Interrogation*          Dec. 6-8, 2010
    24 classroom hours
    National Training Center Sioux City, IA

*Field Training Officer Seminar*          Feb. 25-29, 2008
    40 classroom hours

*Updated: 6/2023*

National Training Center Sioux City, IA
*Kinesic Interview & Interrogation Levels 1 & 2*                              Mar. 5-9, 2007
    40 classroom hours
    National Training Center Sioux City, IA

*Law Enforcement Training* – Employment Requirement                          July 2006
    400+ hours
    Minnehaha County Sheriff's Department
    Sioux Falls, SD

*Law Enforcement Training* – Certified Police Officer (SD)                    July 2004
    480 hours
    Pierre, SD

GUEST LECTURER

---

| | |
|---|---|
| *South Dakota Trial Lawyers Association* | 2022 |
| *ND Indigent Defense - ND/SD Federal Public Defender Summer CLE* | 2021 |
| *Minnehaha Co. PDO Training* | 2021 |
| *CJA Panel of South Dakota CLE* | 2021 |

*Updated: 6/2023*