| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40169 |
| Plaintiff, | GOVERNMENT'S NOTICE OF INTENT TO PRESENT RULE 902 EVIDENCE |
| vs. | |
| RUSTY JAMES DRISCOLL and SHAUNNA MARIE GROSS, | |
| Defendants. | |

Comes now the United States, by and through its undersigned Assistant United States Attorney, and hereby informs the Court and the Defendant that the Government intends to present evidence pursuant to Federal Rule of Evidence 902(11) certified Domestic Records of a Regularly Conducted Activity and 902(13) – Certified Records Generated by an Electronic Process or System. In particular, the Government intends to present: Cellular telephone records received via Subpoenas from Verizon for Chris Daniels, Jessica Johnson/Louviere, and Sean Gross, records received from T-Mobile via subpoena related to Rusty Driscoll, and records from CashApp obtained through a subpoena. Additionally, the Government intends to create and present summary exhibits based on the above-mentioned phone and CashApp records.

The cell phone records and CashApp records have been provided in discovery. Certifications of the records have also been provided and are available

for inspection. The summary exhibits will also be furnished as discovery prior to trial.

Dated and electronically filed this 25th day of July 2023.

ALISON J. RAMSDELL
United States Attorney

*/s/ Mark Hodges*

Mark Hodges
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2346
Facsimile: (605)330-4410
E-Mail: mark.hodges@usdoj.gov

[2]