# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

**EXHIBIT LIST**

United States of America
V.
Rusty James Driscoll (2)
Shauna Marie Gross (4)

Case Number: 21-cr-40169-KES-2,4

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|
| Karen E. Schreier, United States District Judge | | Mark Hodges | Anthony Sutton and Edward Angel |
| **TRIAL DATES** | | **COURT REPORTER** | **COURTROOM DEPUTY** |
| August 1, 2023 – August 4, 2023 | | Carla Dedula | MSB |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 08/01/23 | X | Map |
| 2 | | | 08/01/23 | X | Photo with Pin |
| 3 | | | 08/01/23 | X | Photo with Notations of location |
| 4 | | | 08/01/23 | X | Photo of bag in back of trunk |
| 5 | | | 08/01/23 | X | Photo of tagged evidence |
| 6 | | | 08/01/23 | X | Packaging for methamphetamine |
| 7 | | | 08/02/23 | X | Methamphetamine from Ditch |
| 8 | | | 08/02/23 | X | Testing on Methamphetamine from Ditch |
| 9 | | | 08/02/23 | X | CV for Ticcia Eccardt |
| 10 | | | 08/01/23 | X | Photo of Methamphetamine Seized by Trooper |
| 11 | | | 08/01/23 | X | Methamphetamine Seized by Trooper |
| 12 | | | 08/02/23 | X | Testing on Methamphetamine Seized by Trooper |
| 13 | | | 08/02/23 | X | Photo of living room AZ SW |
| 14 | | | 08/02/23 | X | Photo of Shipping Materials from AZ SW |
| 15 | | | 08/02/23 | X | Photo of Scale from AZ SW |
| 16 | | | 08/02/23 | X | Photo of Backpack from AZ SW |
| 17 | | | 08/02/23 | X | Photo of Money in Backpack from AZ SW |
| 18 | | | 08/02/23 | X | Photo of Letter Addressed to Rusty Driscoll from AZ SW |
| 19 | | | 08/01/23 | X | Recorded Phone Call with Shaunna Daniels and Chris Daniels 11-25 |
| 20 | | | 08/02/23 | X | Recorded Phone Call with Jessica Johnson and Chris Daniels 10-15 (1) |
| 21 | | | 08/02/23 | X | Record Phone Call with Jessica Johnson and Chris Daniels 10-15 (2) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | | | | Recorded Phone Call with Jessica Johnson and Chris Daniels 11-16 (1) |
| 23 | | | | | Recorded Phone Call with Jessica Johnson and Chris Daniels 11-16 (2) |
| 24 | | | 08/03/23 | X | Recorded Phone Call with Jessica Johnson and Chris Daniels 11-16 (3) |
| 25 | | | 08/03/23 | X | Recorded Phone Call with Jessica Johnson and Chris Daniels 11-16 (4) |
| 26 | | | | | Recorded Phone Call with Jessica Johnson and Chris Daniels 11-16 (5) |
| 27 | | | 08/03/23 | X | Recorded Phone Call with Jessica Johnson and Chris Daniels 11-17 |
| 28 | | | 08/03/23 | X | Recorded Phone Call with Jessica Johnson and Chris Daniels 11-25 |
| 29 | | | 08/03/23 | X | Recorded Phone Call with Jessica Johnson and Chris Daniels 11-26 |
| 30 | | | 08/03/23 | X | Recorded Phone Call with Sean Gross and Rusty Driscoll 11-8 (1) |
| 31 | | | 08/03/23 | X | Recorded Phone Call with Sean Gross and Rusty Driscoll 11-8 (2) |
| 32 | | | 08/03/23 | X | Recorded Phone Call with Sean Gross and Rusty Driscoll 11-9 (1) |
| 33 | | | 08/03/23 | Withdrawn | Recorded Phone Call with Sean Gross and Rusty Driscoll 11-9 (2) |
| 34 | | | 08/03/23 | X | Recorded Phone Call with Sean Gross and Rusty Driscoll 11-9 (3) |
| 35 | | | 08/03/23 | X | Recorded Phone Call with Sean Gross and Rusty Driscoll 11-16 |
| 36 | | | 08/03/23 | X | Recorded Phone Call with Sean Gross and Rusty Driscoll 11-17 |
| 37 | | | 08/03/23 | X | Recorded Phone Call with Sean Gross and Driscoll 11-20 |
| 38 | | | 08/03/23 | X | Recorded Phone Call with Chris Daniels and Rusty Driscoll 11-26 |
| 39 | | | | | Recorded Phone Call with Chris Daniels and Rusty Driscoll 10-25 |
| 40 | | | 08/02/23 | X | Recorded Phone Call with Brandie Rinnet and Shauna Gross 11-13 |
| 41 | | | 08/03/23 | X | Recorded Phone Call with Shauna Gross and Sean Gross 11-16 (1) |
| 42 | | | 08/03/23 | X | Recorded Phone Call with Shauna Gross and Sean Gross 11-16 (2) |
| 43 | | | 08/03/23 | X | Recorded Phone Call with Shauna Gross and Sean Gross 11-20 (1) |
| 44 | | | 08/03/23 | X | Recorded Phone Call with Shauna Gross and Sean Gross 11-20 (2) |
| 45 | | | 08/03/23 | X | Recorded Phone Call with Shauna Gross and Sean Gross 11-22 |
| 46 | | | 08/03/23 | X | Recorded Phone Call with Shauna Gross and Sean Gross 11-24 (1) |
| 47 | | | 08/03/23 | X | Recorded Phone Call with Shauna Gross and Sean Gross 11-24 (2) |
| 48 | | | 08/03/23 | X | Recorded Phone Call with Shauna Gross and Sean Gross 11-27 |
| 49 | | | 08/01/23 | X | Text Message between Jessica Johnson and Shaunna Daniels 9-25 |
| 50 | | | 08/01/23 | X | Text Message between Jessica Johnson and Shaunna Daniels 9-26. |
| 51 | | | 08/01/23 | X | Text Messages between Jessica Johnson and Shaunna Daniels 9-29 |
| 52 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Shaun Gross 10-10 |
| 53 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Chris Daniels |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 54 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Shaun Gross  11-6 |
| 55 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Shaun Gross 10-23 |
| 56 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Shaun Gross 11-4 |
| 57 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Shaun Gross 11-14 |
| 58 | | | 08/03/23 | X | Text Messages between Jessica Johnson and Sean Gross 12-9 |
| 59 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 9-8 |
| 60 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 9-9 |
| 61 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 9-14 |
| 62 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 9-18 |
| 63 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 9-18 (2) |
| 64 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 9-19 |
| 65 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 9-19 (2) |
| 66 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 9-25 |
| 67 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 9-26 |
| 68 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 10-2 |
| 69 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 11-8 |
| 70 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 10-16 |
| 71 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 10-20 |
| 72 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 11-7 |
| 73 | | | 08/02/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 11-15 |
| 74 | | | 08/03/23 | X | Text Messages between Jessica Johnson and Rusty Driscoll 12-5 |
| 75 | | | 08/03/23 | X | Text Messages between Sean Gross and Shauna Gross |
| 76 | | | 08/03/23 | X | Text Messages between Sean Gross and Shauna Gross 11-19 |
| 77 | | | 08/02/23 | X | Photo of Bag in Bathtub from AZ SW |
| 78 | | | 08/02/23 | X | Photo of Scale from AZ SW |
| 79 | | | 08/02/23 | X | Photo of Rusty Driscoll DL |
| 80 | | | 08/02/23 | X | Photo of plastic baggie found during AZ SW |
| 81 | | | 08/02/23 | X | Photo of Methamphetamine found during AZ SW |
| 82 | | | 08/02/23 | X | Methamphetamine from AZ SW |
| 83 | | | | | Omosun CV |
| 84 | | | 08/03/23 | X | Testing Report for AZ SW Methamphetamine |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 85 | | | 08/01/23 | X | Text from Shaunna Daniels to Chris Daniels |
| 86 | | | 08/02/23 | X | Package Record 1 6-30-21 901 N. Vermont |
| 87 | | | 08/02/23 | X | Package Record 2 9-7-21 901 N. Vermont |
| 88 | | | 08/02/23 | X | Package Record 3 9-18-21 901 N. Vermont |
| 89 | | | 08/02/23 | X | Package Record 4 9-23-21 901 N. Vermont |
| 90 | | | 08/02/23 | X | Package Record 5 10-8-21 901 N. Vermont |
| 91 | | | 08/02/23 | X | Package Record 6-30-21 302 E. 2nd Street |
| 92 | | | 08/02/23 | X | Package Record 7 7-12-21 302 E. 2nd Street |
| 93 | | | 08/02/23 | X | Package Record 8 8-28-21 302 E. 2nd Street |
| 94 | | | 08/02/23 | X | Package Record 9 7-26-21 302 E. 2nd Street |
| 95 | | | 08/02/23 | X | Package Record 10 9-16-21 516 N. Main St |
| 96 | | | 08/02/23 | X | Package Record 11 9-23-21 516 N. Main St. |
| 97 | | | 08/02/23 | X | Package Record 12 9-23-21 Haynesville |
| 98 | | | 08/02/23 | X | Package Record 13 9-7-21 Haynesville |
| 99 | | | 08/02/23 | X | Package Record 14 9-16-21 Haynesville |
| 100 | | | 08/02/23 | X | Package Record 15 7-12-21 Haynesville |
| 101 | | | 08/02/23 | X | Package Record 16 6-30-21 Haynesville |
| 102 | | | 08/03/23 | X | Phone Tolls Rusty Driscoll |
| 103 | | | 08/03/23 | X | Phone Toll Summary Rusty Driscoll |
| 104 | | | 08/03/23 | X | Phone Tolls Shaunna Daniels |
| 105 | | | 08/03/23 | X | Phone Toll Summary 1 Shaunna Daniels |
| 106 | | | 08/03/23 | X | Phone Toll Summary 2 Shaunna Daniels |
| 107 | | | 08/03/23 | Refused | Recorded Call from Penitentiary |
| 108 | | | | | Stipulation Regarding Prior Conviction |
| 109 | | | | | Jessica Johnson Phone |
| 110 | | | 08/03/23 | X | Map of Rusty Driscoll cellphone pings |
| 111 | | | 08/03/23 | X | Map of Rusty Driscoll cellphone pings (overview) |
| 112 | | | 08/03/23 | X | Map of Rusty Driscoll cellphone pings |
| | | | | | |
| | 201 | | 08/03/23 | X | Subscriber Information for 6237035146 (04/22/21-07-22-21) |
| | 202 | | | | Selected Interactions for 6237035146 (04/22/21-07/22/21) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 203 | | 08/03/23 | X | Subscriber Information for 6025960367 (04/26/21-07/26/21) |
| | 204 | | | | Selected Interactions for 6025960367 (04/26/21-07/26/21) |
| | 205 | | 08/03/23 | X | Subscriber Information for 6237032284 (05/17/21-08/16/21) |
| | 206 | | | | Selected Interactions for 6237032284 (05/17/21-08/16/21) |
| | 207 | | 08/03/23 | X | Subscriber Information for 6025960367 (07/05/21-10/04/21) |
| | 208 | | | | Selected Interactions for 6025960367 (07/05/21-10/04/21) |
| | 209 | | 08/03/23 | X | Subscriber Information for 6237032284 (07/05/21-10/04/21) |
| | 210 | | | | Selected Interactions for 6237032284 (07/05/21-10/04/21) |
| | 211 | | 08/03/23 | X | Subscriber Information for 6237035146 for (07/05/21-10/04/21) |
| | 212 | | | | Selected Interactions for 6237035146 for (07/05/21-10/04/21) |
| | 213 | | 08/03/23 | X | Subscriber Information for 6237035146 for (09/06/21-12/05/21) |
| | 214 | | | | Selected Interactions for 6237035146 for (09/06/21-12/05/21) |
| | 215 | | 08/03/23 | X | Subscriber Information for 5206191943 for (06/29/21-08/05/21) |
| | 216 | | 08/01/23 | X | T-Mobile 623-703-5146 Location Data |
| | 217 | | | | T-Mobile 623-703-5146 Summary Exhibit |
| | 218 | | 08/03/23 | X | Messages between 6025960367 & 3184535387 |
| | 219 | | 08/02/23 | X | Photograph of backpack in bathroom |
| | | | | | |
| | 301 | | | | Photo of two women mailing package on 10/8/21 to Dell Rapids, SD |
| | 302 | | 08/04/23 | X | Photograph of Linda |
| | 303 | | 08/04/23 | X | Photograph of Linda's head |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.