



246th St

Google

GOVERNMENT
EXHIBIT
2

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
3

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
4

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
5



**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

**Chemical Analysis Report**

Sioux Falls Resident Office
5000 South Broadband Lane, Suite 200
Sioux Falls, SD 57108

**Case Number:** IN-21-0021
**LIMS Number:** 2021-SFL5-07261

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 3 | Methamphetamine Hydrochloride | 1762 g ± 1 g | 89% ± 6% | 1568 g ± 104 g |
| 3 | Dimethyl Sulfone | | ---- | ---- |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 09/15/2021          **Gross Weight:** 2076 g                    **Date Received by Examiner:** 12/01/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 3 | 5 | Plastic Bag | Crystalline | 1762 g |

**Remarks:**
Original packaging separated for latent print examination.

## Exhibit Analysis:

**Sampling:**

Methamphetamine and dimethyl sulfone identified in all unit(s) received. A composite was formed from 5 units for further testing. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 3 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Sodium Nitroprusside Color Test |

| Exhibit | Purity Test(s) |
|---|---|
| 3 | DEA 503/UV-Vis Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Ticia M. Eccardt, Senior Forensic Chemist
**Approved By:** /S/ Dorothy C. Horton, Forensic Chemist

**Date:** 12/14/2022
**Date:** 12/15/2022



**GOVERNMENT EXHIBIT**
8
PENGAD 800-631-6989

DEA Form 113 August 2019

Page 1 of 1

WC_SD_0086_Ditch_Walker - 02489



Ticia M. Eccardt (Burgie), B.S.
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Forensic Chemist
North Central Laboratory
Chicago, IL



GOVERNMENT
EXHIBIT
9

PENGAD 800-631-6989

---

## AREA OF EXPERTISE

**Forensic Discipline**

Seized Drug Analysis

**Expert Testimony**

- Qualified and testified as an expert witness in the field of forensic drug chemistry approximately 15 times.
- Testified in Federal and State Courts in Illinois, Indiana, Iowa, Kansas, Michigan, Ohio, and Wisconsin.
  - 10/06/2022 – Topeka, KS for United States of America v. Dante Peppers
  - 12/01/2021 – Fort Wayne, IN for United States of America v. Torrence Larry
  - 08/18/2021 – Davenport, IA for United States of America v. Michael Grommet, et. al.
  - 10/21/2020 – Grand Rapids, MI for United States of America v. Anthony Oisoni Ozamaro
  - 10/23/2019 – Grand Rapids, MI for United States of America v. Michael Alan Nuyen
  - 01/29/2019 – Medina, OH for The State of Ohio v. Rodney Roper
  - 09/10/2018 – Green Bay, WI for United States of America v. David Shanks, Jr.

## PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**
*Senior Forensic Chemist, DEA – North Central Laboratory (Chicago, IL), May 2020 – Present*
*Forensic Chemist, DEA – North Central Laboratory (Chicago, IL), August 2016 – April 2020*

- Conduct quantative and qualitative chemical analyses on exhibits submitted for substance identification by utilizing all manners of modern analytical techniques and instrumentation, to include: infrared spectroscopy (IR) using attenuated total reflectance (ATR), gas chromatography using flame ionization detection (GC-FID), gas chromatography (GC) with mass spectrometer (MS), and ultraviolet-visible spectroscopy (UV-VIS).
- Author laboratory reports describing the quantitative and qualitative procedures performed and the results obtained.
- Performed analysis on approximately 2000+ exhibits to date.
- Provide expert witness testimony in U.S. federal and state courts when needed.
- Provide field assistance to agents and other agencies when needed.

*Training*

- Agilent GCMS Maintenance & Troubleshooting, Agilent Technologies, (Alpharetta, GA), July 2017
- Basic Forensic Chemist Training Program, (Quantico, VA), August 2016 – December 2016
- DEA Virtual Annual Training to include: Bloodborne Pathogens, General Safety, Laboratory Hazardous Waste, Fire Extinguishers and Fire Prevention, Chemical Hygiene, Insider Threat, Cybersecurity Awareness, Ethics, and Respiratory Protection; DEA – North Central Laboratory, (Chicago, IL), 2016 – present.

**DuPage County Forensic Science Center**
*Forensic Scientist – Drug Chemisty, (Wheaton, IL), July 2012 – July 2016*

- Conducted qualitative analysis of exhibits to detect the presence or absence of controlled substances using analytical instrumentation, to include: infrared spectroscopy (IR) using attenuated total reflectance (ATR), gas chromatography (GC) with mass spectrometer (MS), and UV-VIS.
- Authored laboratory reports describing the qualitative procedures performed and the results obtained.
- Performed analysis on approximately 1700 exhibits.
- Performed monthly maintenance and daily checks of instrumentation.

- Assisted law enforcement agencies in cannabis grow operations, color test trainings, and evidence packaging.
- Served as tour coordinator to facilitate and organize educational tours of the laboratory.
- Provided testimony in state courts when needed.

*Training*
- Midwestern Association of Forensic Scientists (MAFS) Annual Meeting, (St. Paul, MN), 2014
  - Workshops attended: GC Troubleshooting, Statistics for Forensic Sciensists, Designing, Executing, & Reporting Validation Studies for Instrumental/Analytical Techniques, Current Issues in Drug Chemistry
- DuPage County Forensic Science Center Identification of Controlled Substances Training Program (ISO accredited through ASCLD/LAB), (Wheaton, IL), 2013-2014
- Midwestern Association of Forensic Scientists (MAFS) Annual Meeting, (Dayton, OH), 2013
  - Workshops attended: Application of Pharmacophores & More to Bath Salts & Spices, Statistical Comparison of Mass Spectral Data, FT-IR Spectral Interpretation for the Drug Chemist, Eclectic Topics in Forensic Drug Chemistry, Use of Solid Phase GC-IRD in Drug Analysis
- DuPage County Forensic Science Center Cannabis Identification Competency Training Program (ISO accredited through ASCLD/LAB), (Wheaton, IL), 2012

## DuPage County Forensic Science Center
*Intern – Drug Chemisty, (Wheaton, IL), July 2011 – September 2011*

- Observed casework and routine duties performed by other forensic scientists in the drug chemistry and trace sections of the laboratory.
- Completed administrative tasks to assist the drug chemistry section.

# EDUCATION AND CERTIFICATIONS

### Degree Program(s)

Northern Illinois University (DeKalb, IL)

Bachelors of Science, Chemisty, 2012

Minor, Sociology, 2012

Grand Valley State Univeristy (Allendale, MI)

Courses towards Bachelors of Science, Chemistry, 2007-2009

### Certification(s)
- DEA Clandestine Laboratory Level "A" Operations Certifications Program, Class No. 24, (Valencia, CA), January 2019
- Clandestine Laboratory Investigation and Safety Recertification, (Chicago, IL), Annually 2018 – present.
- DEA Basic Clandestine Laboratory, Class No. 68, (Quantico, VA), January 2018

# PROFESSIONAL AFFILIATIONS

- Midwestern Association of Forensic Scientists (MAFS), Regular Member, 2014 - Present

# PRESENTATIONS AND LECTURES

- Presenter, "Forensic Drug Chemistry"
    - Talk presented to forensic science students at Westmont High School, Westmont, IL, April 2019
- Presenter, "Forensic Drug Chemistry"
    - Talk presented to forensic science/chemistry students at Woodstock High School, Woodstock, IL, October 2019/October 2018

- Presenter, "Forensic Science: Not As Seen On TV"
    - Harper Creek Middle School Career Day, Battle Creek, MI, November 2017
- Presenter, "Fentanyl and Synthetic Drug Update"
    - DEA Merrillville Division Office Training, Hammond, IN, April 2017
- Presenter, "Current Trends in Drugs of Abuse: An Update on Legislature, Field Tests, Proper Handling & More"
    - Midwest Forensic Training Conference Annual Meeting, Glen Ellyn, IL, January 2016
- Presenter, "New Drugs on the Marker: An Update on Legal Status, Field Tests & More"
    - Illinois Association of Property and Evidence Managers (IAPEM) Annual Meeting, Hoffman Estates, IL, April 2014

# DISTINCTIONS

- Outstanding Student Award, Basic Forensic Chemist Class No. 9, Quantico, VA, December 2016





**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

**Chemical Analysis Report**

Sioux Falls Resident Office
5000 South Broadband Lane, Suite 200
Sioux Falls, SD 57108

**Case Number:** IN-21-0021
**LIMS Number:** 2021-SFL5-08314

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 5 | Methamphetamine Hydrochloride | 442.8 g ± 0.2 g | 100% ± 6% | 442.8 g ± 26.8 g |

#### Remarks:

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 11/01/2021          **Gross Weight:** 503.1 g          **Date Received by Examiner:** 10/21/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 5 | 1 | Multilayered Packaging | Crystalline | 442.4 g |

#### Remarks:
Original packaging separated for latent print examination.

## Exhibit Analysis:

#### Sampling:

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine identified in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 5 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 5 | DEA 503/UV-Vis Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Ticia M. Eccardt, Senior Forensic Chemist          **Date:** 10/26/2022
**Approved By:** /S/ Dorothy C. Horton, Forensic Chemist          **Date:** 10/27/2022

**GOVERNMENT EXHIBIT**
12
PENGAD 800-631-6989

**WC_SD_0086_Ditch_Walker - 02067**



GOVERNMENT
EXHIBIT
13

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
14
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
15

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
116

PENGAD 800-631-6989


GOVERNMENT EXHIBIT 17

PENGAD 800-631-6989



From: +16055217021 Anwahs-Jane
To: +13184535387 Jessica (owner)

No problem

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/24/2021 1:04:08 PM(UTC-5) | |

**Status:** Read

9/24/2021 1:03:41 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x387955D (Table: message, handle, chat;
Size: 89862144 bytes)

From: +16055217021 Anwahs-Jane
To: +13184535387 Jessica (owner)

He got another package

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/25/2021 2:17:34 PM(UTC-5) | |

**Status:** Read

9/25/2021 1:56:56 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x389C687 (Table: message, handle, chat;
Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16055217021 Anwahs-Jane

Wtf??!! That pisses me off!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16055217021 Anwahs-Jane | | | |

**Status:** Sent

9/25/2021 2:20:46 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x389DBCA (Table: message, chat, handle;
Size: 89862144 bytes)



GOVERNMENT
EXHIBIT
49

PENGAD 800-631-6989

From: +16055217021 Anwahs-Jane
To: +13184535387 Jessica (owner)

This is getting out of control

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/25/2021 2:38:44 PM(UTC-5) | |

**Status:** Read

9/25/2021 2:21:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x389D9D0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16055217021 Anwahs-Jane
To: +13184535387 Jessica (owner)

**Attachments:**



Title: Snapchat-69769702.jpg
Size: 782355
File name: ~/Library/SMS/Attachments/00/00/37C1C663-4414-4E53-9B8E-030EE1BDE25B/Snapchat-69769702.jpg
~/Library/SMS/Attachments/00/00/37C1C663-4414-4E53-9B8E-030EE1BDE25B/Snapchat-69769702.jpg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/25/2021 2:38:44 PM(UTC-5) | |

**Status:** Read

9/25/2021 2:25:33 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x389D7D4 (Table: message, handle, attachment, chat; Size: 89862144 bytes)
Jessica's iPhone/mobile/Library/SMS/Attachments/00/00/37C1C663-4414-4E53-9B8E-030EE1BDE25B/Snapchat-69769702.jpg : (Size: 782355 bytes)

**Anwahs-Jane**

Is the R that we talk about? Lol



Part1.jpg
image/jpeg
~/Library/SMS/Attachments/10/00/BAD41A40-38CE-4AE3-A997-134E5A6602E7/Part1.jpg

9/26/2021 2:10:55 AM(UTC+0)

Sources (2)

**Jessica**

Yes!!!

9/26/2021 2:12:18 AM(UTC+0)

Sources (1

**Jessica**

That's tucked up lmao!!

9/26/2021 2:12:46 AM(UTC+0)

Sources (1

**Anwahs-Jane**

Lmao. Sean posted this video 3 hours ago

9/26/2021 2:13:21 AM(UTC+0)

Sources (1)



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT

50

 **Sean Gross** 🔍

 **Sean Gross**
3 hours ago · 🌐  •••

I don't know why this is so funny but it is can't even be a good Copa I always got to pass out snoring logs Rusty Driscoll one day son u be a good co-pilot LMAO !!!!!!!



 Write a comment...

  

From: +16055217021 Anwahs-Jane
To: +13184535387 Jessica (owner)

Chris just called and woke me up. Of course he aint gonna be here and he has my truck. But he said that supposedly Sean and Rs ol' lady are flying in sometime tomorrow. WTF!?!?!?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 9/29/2021 1:16:30 AM(UTC-5) | |

Status: Read

9/29/2021 1:10:10 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x392A6F2 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16055217021 Anwahs-Jane

Yeah. That's what I've been told. Supposively going around to collect I money. Well everyone else had theirs since Saturday. I've had mine since yesterday. I think it's bulkshi t to. Be honest

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16055217021 Anwahs-Jane | | | |

Status: Sent

9/29/2021 1:18:39 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x392BFC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16055217021 Anwahs-Jane
To: +13184535387 Jessica (owner)

That is bullshit. You both send money when u guys have it. Chris said that he sent you money and at the same time he sent money to Sean. I told chris this is all bullshit because he hasnt done anything that he was supposed to do when this all started, he is just losing everything and Sean is gaining. I flat out told him you and risking everything and lising everything all so Sean can gain and live it up. He said something about needing a break. I told him he was supposed to be done by now but he keeps getting deeper and deeper because he wont tell him no

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 9/29/2021 1:30:53 AM(UTC-5) | |

Status: Read

9/29/2021 1:23:22 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x392B64C (Table: message, handle, chat; Size: 89862144 bytes)

GOVERNMENT EXHIBIT
51
PENGAD 800-631-6989

**From:** +13184535387 Jessica (owner)
**To:** +16055217021 Anwahs-Jane

That's exactly right. If Chris and I both quit even if it wasn't for real they would have a fucking stroke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16055217021 Anwahs-Jane | | | |

**Status:** Sent

9/29/2021 1:31:54 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x392CFC8 (Table: message, chat, handle; Size: 89862144 bytes)

**From:** +16055217021 Anwahs-Jane
**To:** +13184535387 Jessica (owner)

Exactly! They don't care about either one of you or our families. All they care about are themselves. They wouldn't even know what to do if both of u quit. See you have stood up to both of them. Chris has some what stood up to Sean and that is it. Sean knows as long as he keeps it coming chros will keep going and risking everything and Sean don't give a damn

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/29/2021 1:41:49 AM(UTC-5) | |

**Status:** Read

9/29/2021 1:35:08 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x392CD31 (Table: message, handle, chat; Size: 89862144 bytes)

**From:** +16055217021 Anwahs-Jane
**To:** +13184535387 Jessica (owner)

Thats just like I told chris. He hasn't done anything that he set out to do. Everything is in the same spot as it was except he now has 3 useless damn vehicles that were not needed. 3 out of 4 vehicles that he has in his possession are not registered and 2 bikes in the shop racking up bills. And yet before the one today decided to break down he was going to go by some dumb rims today. I told him so much for a downpayment on new house for our family to live in by next summer.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/29/2021 1:41:49 AM(UTC-5) | |

**Status:** Read

9/29/2021 1:39:57 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x392DFC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13074414708 Naes 3
To: +13184535387 Jessica (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/10/20 21 4:11:35 PM(UTC -5) | |

**Status:** Read

10/10/2021 4:10:31 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD16E4 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +13074414708 Naes 3

Someone just called and wanted a big one

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/10/2021 4:23:13 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD1528 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +13074414708 Naes 3

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/10/2021 4:23:16 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD131E (Table: message, chat, handle; Size: 89862144 bytes)

GOVERNMENT
EXHIBIT
52
PENGAD 800-631-6989



From: +13074414708 Naes 3
To: +13184535387 Jessica (owner)

Great

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/10/2021 4:23:38 PM(UTC-5) | |

**Status:** Read

10/10/2021 4:23:31 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD2FC0 (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +13074414708 Naes 3

I don't have any!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/10/2021 4:23:42 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD2DFE (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +13074414708 Naes 3

I took the rest to ole boy last night

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/10/2021 4:23:59 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD2C22 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +13074414708 Naes 3

So I give 32 for last run. 1800 toward new.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/10/2021 4:33:35 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD2A1E (Table: message, chat, handle; Size: 89862144 bytes)

From: +13074414708 Naes 3
To: +13184535387 Jessica (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/10/20 21 4:34:00 PM(UTC -5) | |

**Status:** Read

10/10/2021 4:34:00 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD2806 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +13074414708 Naes 3

Ok so all bullshit aside. I'm trying to get as much money as I can from people who are willing to pay up front. A couple of weeks ago, rusty said if I did that 4K upfront he would send me 10. Then he said he would throw me one. I don't know if I could pull it off, but if I did, would he still do that deal?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/10/2021 4:57:04 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD4C04 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +13074414708 Naes 3

And just FYI. If I did get peoples money upfront they already know it'll be a 2-3 day wait time. But if y'all could get it and send it like in 1 day that would be better.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/10/2021 4:58:14 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD47E1 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13074414708 Naes 3
To: +13184535387 Jessica (owner)

Ok hold on let me get back home

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 10/10/20 21 5:59:17 PM(UTC -5) | |

**Status:** Read

10/10/2021 5:05:36 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD5FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +13074414708 Naes 3

I guess we will wait when everyone else is ready.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/10/2021 8:14:37 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD83D3 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13074414708 Naes 3
To: +13184535387 Jessica (owner)

I'm not in the process of doing everything now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/10/2021 8:22:22 PM(UTC-5) | |

**Status:** Read

10/10/2021 8:14:54 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AD9FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +13074414708 Naes 3

Your not or you are?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/10/2021 8:22:36 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3ADA924 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13074414708 Naes 3
To: +13184535387 Jessica (owner)

I am I just tried calling you on a different phone number

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/10/2021 9:39:35 PM(UTC-5) | |

**Status:** Read

10/10/2021 8:22:53 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3ADA73C (Table: message, handle, chat; Size: 89862144 bytes)

**From:** +13184535387 Jessica (owner)
**To:** +13074414708 Naes 3

You were out gambling but your supposed to be working. I'm glad someone gets to enjoy their money, hell I hardly even get to see my kids anymore.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/11/2021 9:06:22 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AE9E00 (Table: message, chat, handle; Size: 89862144 bytes)

**From:** +13074414708 Naes 3
**To:** +13184535387 Jessica (owner)

I'm only paying are bill

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/11/2021 9:07:05 AM(UTC-5) | |

**Status:** Read

10/11/2021 9:06:57 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AE9B17 (Table: message, handle, chat; Size: 89862144 bytes)

**From:** +13184535387 Jessica (owner)
**To:** +13074414708 Naes 3

If I gambled I'd lose our bill!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/11/2021 9:07:16 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AE992F (Table: message, chat, handle; Size: 89862144 bytes)

From: +13074414708 Naes 3
To: +13184535387 Jessica (owner)

Off. To get more

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/11/20 21 9:07:22 AM(UTC -5) | |

**Status:** Read

10/11/2021 9:07:22 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AE972F (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +13074414708 Naes 3

That's why I hafts stay away. How much you need today boo? I hope I'm gonna collect a full amount or pretty close

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13074414708 Naes 3 | | | |

**Status:** Sent

10/11/2021 9:07:51 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AEAFC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13074414708 Naes 3
To: +13184535387 Jessica (owner)

We owe 14000

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/11/20 21 9:09:08 AM(UTC -5) | |

**Status:** Read

10/11/2021 9:08:54 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AEAA1F (Table: message, handle, chat; Size: 89862144 bytes)

From: +13074414708 Naes 3
To: +13184535387 Jessica (owner)

And I hate texting

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/11/2021 9:09:08 AM(UTC-5) | |

Status: Read

10/11/2021 9:09:03 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AEA52A (Table: message, handle, chat; Size: 89862144 bytes)

From: +13074414708 Naes 3
To: +13184535387 Jessica (owner)

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/11/2021 9:09:08 AM(UTC-5) | |

Status: Read

10/11/2021 9:09:05 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AEA346 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +13074414708 Naes 3

Hey can you make me a profile for online casino

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13074414708 Naes 3 | | | |

Status: Sent

10/11/2021 1:14:01 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3AED46D (Table: message, chat, handle; Size: 89862144 bytes)



# Extraction Report - Apple iPhone


www.cellebrite.com

## Participants


+16054037248


+13184535387
Jessica* (owner)

## Conversation - Instant Messages (11)

From: +13184535387 Jessica (owner)
To: +16054037248

Hey call me it's Jess

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16054037248 | | | |

**Status:** Sent

11/6/2021 11:46:23 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D82DFC (Table: message, chat, handle;
Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16054037248

When you can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16054037248 | | | |

**Status:** Sent

11/6/2021 11:46:26 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D82C1A (Table: message, chat, handle;
Size: 89862144 bytes)

GOVERNMENT
EXHIBIT
53
PENGAD 800-631-6989

From: +13184535387 Jessica (owner)
To: +16054037248

I don't believe a word you say

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16054037248 | | | |

**Status:** Sent

11/6/2021 1:35:40 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D84AC4 (Table: message, chat, handle;
Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16054037248

Lol I mean S says

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16054037248 | | | |

**Status:** Sent

11/6/2021 1:36:05 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D848CE (Table: message, chat, handle;
Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16054037248

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16054037248 | | | |

**Status:** Sent

11/6/2021 1:36:08 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D846F2 (Table: message, chat, handle;
Size: 89862144 bytes)

From: +16054037248
To: +13184535387 Jessica (owner)

**Lolol**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/6/202 1 1:43:24 PM(UTC -5) | |

**Status:** Read

11/6/2021 1:39:57 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D8451A (Table: message, handle, chat;
Size: 89862144 bytes)

From: +16054037248
To: +13184535387 Jessica (owner)

**O n bik3**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/6/202 1 6:48:29 PM(UTC -5) | |

**Status:** Read

11/6/2021 6:48:22 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D8D9C4 (Table: message, handle, chat;
Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16054037248

After 1 more run, I'm gonna be done with this bullshit. I can't do it anymore. I know he doesn't have his kids full time but I do, and I can't be there at his every backing call. Only reason I say 1 more is because I gotta pay his ass off first!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16054037248 | | | |

**Status:** Sent

11/6/2021 6:50:29 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D8D51B (Table: message, chat, handle; Size: 89862144 bytes)

From: +16054037248
To: +13184535387 Jessica (owner)

**I'll give you a call back in a little**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/7/2021 3:00:53 PM(UTC -6) | |

**Status:** Read

11/7/2021 3:00:40 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DA1FC0 (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16054037248

**aight sounds good**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16054037248 | | | |

**Status:** Sent

11/7/2021 3:01:00 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DA1DBE (Table: message, chat, handle; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16054037248

**Oh yeah rusty also didn't know you were out**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16054037248 | | | |

**Status:** Sent

11/7/2021 3:04:25 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DA1BE2 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Call u I a minute

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/6/202 1 1:24:47 PM(UTC -5) | |

**Status:** Read

11/6/2021 12:35:50 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D82A40 (Table: message, handle, chat;
Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

U send that  girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/6/202 1 6:11:32 PM(UTC -5) | |

**Status:** Read

11/6/2021 6:11:22 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D8CB76 (Table: message, handle, chat;
Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Heading to go give guy money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/6/202 1 6:11:47 PM(UTC -5) | |

**Status:** Read

11/6/2021 6:11:47 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D8C994 (Table: message, handle, chat;
Size: 89862144 bytes)



GOVERNMENT
EXHIBIT
54

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

I hadn't, man I was feeling sick as fuck earlier, almost to the point where I thought I was gonna have to go to the hospital. But I come In here and closed my eyes and just woke up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/6/2021 6:12:21 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D8C7A4 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Ok well I'm glad u are feeling better

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/6/202 1 6:46:24 PM(UTC -5) | |

**Status:** Read

11/6/2021 6:15:00 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D8C253 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

You're headed now to go see dude?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/6/2021 6:46:50 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D8DDAE (Table: message, chat, handle; Size: 89862144 bytes)



From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Well I just got done with softball tournament  and I'm just getting to my house I going to call him and meet up with him to give him a payment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/6/2021 6:50:45 PM(UTC-5) | |

Status: Read

11/6/2021 6:49:10 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D8D7F4 (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

My oldest daughter just killed her first buck, kyle went to go be with her for a minute, this one vehicle thing is not working for me!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

Status: Sent

11/6/2021 6:52:37 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D8EFC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

I'm doing what I can with what I got.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

Status: Sent

11/6/2021 6:53:07 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessice's iPhone/mobile/Library/SMS/sms.db : 0x3D8ECFD (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

You good when ever

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/6/2021 6:58:10 PM(UTC-5) | |

**Status:** Read

11/6/2021 6:53:42 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D8EAF1 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

U think it might be soon not trying to rush but my dudes asking me for money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/6/2021 10:35:41 PM(UTC-5) | |

**Status:** Read

11/6/2021 10:10:33 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D918FA (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Yo I was mopping floor sorry I'm not in any rush but I hate to let him down I've done everything I can to get as much as I can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/7/2021 12:09:13 AM(UTC-5) | |

**Status:** Read

11/6/2021 10:58:41 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D94FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

What's can u send what u got please fuck he won't stop bugging me thank you and I'm sorry for asking so much

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/7/2021 12:40:09 PM(UTC-6) | |

Status: Read

11/7/2021 12:29:53 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D9D63C (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

Sean, rusty reached out to me, he asked me to send him the money- that he couldn't get ahold of you, and that he needed to pay dude something

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

Status: Sent

11/7/2021 1:28:50 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D9E6AF (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

It's kind of funny I'm waiting for everybody to the money to give it to the guy Rusty's been driving me f****** nuts and you won't stop f****** calling
me bugs me about everything when I already talked to guy then he calls me bugs the f*** out of me so you do whatever the f*** you got to do is send I do ever you think feels right I'm trying to build you're getting the f*** away from

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/7/2021 1:30:28 PM(UTC-6) | |

Status: Read

11/7/2021 1:30:23 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D9FFC0 (Table: message, handle, chat; Size: 89862144 bytes)



From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

He's pushing me to the point when I thought of seeing her in that beat the f*** out of them like he doesn't understand what he does and it's f****** can't do that is going to get his ass whooped. Plain and simple. Her to beat the f****** and not give a shit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/7/2021 1:31:44 PM(UTC-6) | |

Status: Read

11/7/2021 1:31:44 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D9FAF7 (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

Dude calm down, I mean at the end of the day isn't it essentially going to the same place? I mean it's only 700?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

Status: Sent

11/7/2021 1:38:03 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D9F738 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

It's not enough to even make a dent in the 17

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

Status: Sent

11/7/2021 1:39:07 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D9F49D (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

I care that's right if I can send it to be honest with you he can suck a f****** dick he wants to f****** come talk to me

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 11/7/2021 2:06:07 PM(UTC-6) | |

**Status:** Read

11/7/2021 2:06:07 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DA0D5E (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Just sick of him doing what he does and makes it f****** 10 times harder on all of us if I'm talking to him let me talk to him

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 11/7/2021 3:01:05 PM(UTC-6) | |

**Status:** Read

11/7/2021 2:07:10 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DA0879 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

You ok? I hadn't heard from you. Did you talk to him?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/8/2021 4:02:42 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DBDDBC (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

He stayed where I did last night

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/8/2021 4:14:54 PM(UTC-6) | |

**Status:** Read

11/8/2021 4:06:27 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DBE6FE (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

Ok. Did he tell you I sent 1k straight to your dude?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/8/2021 4:15:26 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DBF9E7 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/8/2021 7:29:03 PM(UTC-6) | |

**Status:** Read

11/8/2021 4:38:58 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DC123B (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

**Thank you**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/9/2021 7:50:34 AM(UTC-6) | |

**Status:** Read

11/9/2021 2:07:48 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DD3FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

**Yes sir. You like to roll?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/9/2021 9:03:10 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DD6800 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

**Huh roll where**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/9/2021 3:57:45 PM(UTC-6) | |

**Status:** Read

11/9/2021 3:13:32 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3DE1FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

Dropping off now sorry I passed out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/23/20 21 3:23:07 PM(UTC -5) | |

**Status:** Read

10/23/2021 3:23:02 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C5D338 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: s.grosssed82@icloud.com

It's fine, it'll get here when it gets here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| s.grosssed82@icloud.com | 10/23/2021 3:23:21 PM(UTC-5) | 10/23/20 21 3:23:21 PM(UTC -5) | |

**Status:** Sent

10/23/2021 3:23:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C5EF85 (Table: message, chat, handle; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

I'm sorry that this happened to you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/23/20 21 3:23:54 PM(UTC -5) | |

**Status:** Read

10/23/2021 3:23:54 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C5ED19 (Table: message, handle, chat; Size: 89862144 bytes)

GOVERNMENT
EXHIBIT
55

PENGAD 800-631-6989

From: +13184535387 Jessica (owner)
To: s.grosssed82@icloud.com

I'm kinda glad it did honestly, it's opened my eyes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| s.grosssed82@icloud.com | 10/23/2021 3:24:45 PM(UTC-5) | 10/23/2021 3:24:50 PM(UTC-5) | |

**Status:** Sent

10/23/2021 3:24:45 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C5EAF0 (Table: message, chat, handle; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

Just can't trust anyone now with it money first

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/23/2021 3:26:11 PM(UTC-5) | |

**Status:** Read

10/23/2021 3:25:47 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C5E872 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: s.grosssed82@icloud.com

Well that too.
But to deal with less people that's the way I have to do it.

After what you send I'll have you paid off. And I'm just gonna hang it up.
I do want you to remember tho, when Ashtyn needed money i sent it to her, Chris and I worked together to get you out, but you got out first, so when you needed your truck out of impound I had the money, when you needed gas I had the money. All the way home you told Chris and I we would have something In the mail. 3 days later we didn't have anything in the mail, then we needed 3 grand. I came up with that money, and I heard through the grapevine that I got 2 for 3, and Chris got the other 3 free. But I let it go. Now here I am down been down for 2 weeks, you get 5, and didn't think twice about sending me anything out of that. Kyle and I are both unemployed. We have 3 kids to raise. You know how hard it's been? But that's not your problem. Then I have to beg you to send me a half and you say your gonna up the price, and then I hear that Chris is getting 10, but ain't nothing been mentioned to me about getting anymore. I mean I guess I ain't even deserving of not one of those. Which is fine. But that's why it's time for me to throw in the towel, the only reason I'm gonna do this run because I've never burned anybody and don't plan on it now. Even if it puts me in a bigger bind than I already am.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| s.grosssed82@icloud.com | 10/23/2021 3:39:21 PM(UTC-5) | 10/23/2021 3:39:29 PM(UTC-5) | |

**Status:** Sent

10/23/2021 3:39:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C5FF85 (Table: message, chat, handle; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

He's not cause didn't get that so don't worry k it will all be the same I'm getting ready for work text in a little bit k

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/23/2021 3:40:46 PM(UTC-5) | |

**Status:** Read

10/23/2021 3:40:46 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C5F28A (Table: message, handle, chat; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

I have been down too cause I think someone getting more or something cause it don't add up and I'm getting behind more no matter how much money I find or pull out of my ass to cover to get more I'm telling u if I had it I would cover anything u ask for and I'm two months behind on my truck again and someone has been putting money or given money to someone for a truck that is not worth 10g at all straight up ripping him off but what ever have not gotten anything I asked for since this has started so we all are hurting except two people and it's not u i or c so I'll get it to u no matter what k girl I always have had your back no matter what

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/23/2021 3:49:22 PM(UTC-5) | |

**Status:** Read

10/23/2021 3:48:58 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's IPhone/mobile/Library/SMS/sms.db : 0x3C61F83 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: s.grosssed82@icloud.com

Well they've been taking out of our bags too, because the bags weigh 7 g. They weigh it with the bag so I'm at least 2 zips short every time. So someone is making out like a bandit. And I don't understand the whole money situation thing either. But I don't know what you send. You've got to start writing it die

| Participant | Delivered | Read | Played |
|---|---|---|---|
| s.grosssed82@icloud.com | 10/23/2021 3:52:08 PM(UTC-5) | | |

**Status:** Sent

10/23/2021 3:52:07 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C61881 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: s.grosssed82@icloud.com

Down

| Participant | Delivered | Read | Played |
|---|---|---|---|
| s.grosssed82@icloud.com | 10/23/2021 3:52:11 PM(UTC-5) | 10/23/2021 3:54:26 PM(UTC-5) | |

**Status:** Sent

10/23/2021 3:52:10 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C613EC (Table: message, chat, handle; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

How they come is what they give it to us

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 10/23/20 21 3:56:22 PM(UTC -5) | |

**Status:** Read

10/23/2021 3:55:43 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C611D6 (Table: message, handle, chat; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

I can show u what they weight straight from them

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 10/23/20 21 3:56:22 PM(UTC- 5) | |

**Status:** Read

10/23/2021 3:56:14 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C62F83 (Table: message, handle, chat; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

They all come short

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 10/23/20 21 3:56:29 PM(UTC -5) | |

**Status:** Read

10/23/2021 3:56:28 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C62D44 (Table: message, handle, chat; Size: 89862144 bytes)

**From:** +13184535387 Jessica (owner)
**To:** s.grosssed82@icloud.com

No I'm just saying your paying all this money and they short you Everytime

| Participant | Delivered | Read | Played |
|---|---|---|---|
| s.grosssed82@icloud.com | 10/23/2021 3:56:37 PM(UTC-5) | 10/23/2021 3:56:37 PM(UTC-5) | |

**Status:** Sent

10/23/2021 3:56:37 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C62B41 (Table: message, chat, handle; Size: 89862144 bytes)

**From:** s.grosssed82@icloud.com
**To:** +13184535387 Jessica (owner)

They do

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/23/2021 4:01:38 PM(UTC-5) | |

**Status:** Read

10/23/2021 4:01:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C62898 (Table: message, handle, chat; Size: 89862144 bytes)

**From:** +13184535387 Jessica (owner)
**To:** s.grosssed82@icloud.com

I'm fixing to get in shower standing here naked

| Participant | Delivered | Read | Played |
|---|---|---|---|
| s.grosssed82@icloud.com | 10/23/2021 4:01:55 PM(UTC-5) | 10/23/2021 4:02:06 PM(UTC-5) | |

**Status:** Sent

10/23/2021 4:01:54 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C626AD (Table: message, chat, handle; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

**I want to show u**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/23/20 21 4:02:53 PM(UTC -5) | |

**Status:** Read

10/23/2021 4:02:17 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C6243D (Table: message, handle, chat; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

**So u can see it's not me**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/23/20 21 4:02:53 PM(UTC -5) | |

**Status:** Read

10/23/2021 4:02:40 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C6223C (Table: message, handle, chat; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

**Lol and**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/23/20 21 4:02:53 PM(UTC -5) | |

**Status:** Read

10/23/2021 4:02:50 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C63F83 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: s.grosssed82@icloud.com

No I know it's not you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| s.grosssed82@icloud.com | 10/23/2021 4:02:58 PM(UTC-5) | 10/23/2021 4:02:58 PM(UTC-5) | |

Status: Sent

10/23/2021 4:02:58 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C63D96 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: s.grosssed82@icloud.com

Thts why I haven't said anything

| Participant | Delivered | Read | Played |
|---|---|---|---|
| s.grosssed82@icloud.com | 10/23/2021 4:03:20 PM(UTC-5) | 10/23/2021 4:03:20 PM(UTC-5) | |

Status: Sent

10/23/2021 4:03:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C63B5A (Table: message, chat, handle; Size: 89862144 bytes)

From: s.grosssed82@icloud.com
To: +13184535387 Jessica (owner)

I don't need to see u but look I'll show u

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/23/2021 5:03:56 PM(UTC-5) | |

Status: Read

10/23/2021 4:04:10 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C63906 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

I need u to answer

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/2/2021 10:44:48 PM(UTC-5) | |

**Status:** Read

11/2/2021 9:38:13 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D20321 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/2/2021 10:44:48 PM(UTC-5) | |

**Status:** Read

11/2/2021 9:50:11 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D21FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

I'm reaching out to a few different people. Were you able to get what you needed? I hope you did

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/4/2021 5:58:00 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D468E1 (Table: message, chat, handle; Size: 89862144 bytes)


PENGAD 800-631-6989

GOVERNMENT
EXHIBIT

56

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Not yet still need more and R don't want to do it no more  so I got to pay up then go somewhere else for u guys

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/4/2021 8:59:37 PM(UTC-5) | |

**Status:** Read

11/4/2021 8:57:46 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D4ADE4 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Hey call me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/6/2021 10:20:00 AM(UTC-5) | |

**Status:** Read

11/6/2021 8:11:38 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D7F650 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

I am gonna have those sent out in the am.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/14/2021 1:52:54 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E67973 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

Why aren't you answering my calls

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/14/2021 1:57:57 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E67589 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

Call me ASAP

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/14/2021 11:39:32 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E6DB84 (Table: message, chat, handle; Size: 89862144 bytes)



GOVERNMENT
EXHIBIT
57

PENGAD 800-631-6989

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Driving back from Kingman and no service threw the mountain

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/14/202 1 11:51:53 PM(UTC-6) | |

**Status:** Read

11/14/2021 11:50:48 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E6E8AA (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

As soon as I get service I'll call k

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/14/20 21 11:51:53 PM(UTC -6) | |

**Status:** Read

11/14/2021 11:51:02 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E6E673 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Or when I get to wickenburg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/14/20 21 11:51:53 PM(UTC -6) | |

**Status:** Read

11/14/2021 11:51:24 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E6E46B (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

You spent that 2200 I sent you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/15/2021 12:04:32 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E6E27D (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

We needed that to go toward your bill, so we could all get more. So basically right now our whole circle is fucked.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/15/2021 12:07:55 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E709D5 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Nope not really cuz I have it all covered like I always do and it's pinned it on f****** thing I spent it on my own f****** bills that I had so if that's the case I'm going to f*** him off when I get

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/15/2021 12:09:15 AM(UTC-6) | |

**Status:** Read

11/15/2021 12:09:11 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E7072C (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Oh f****** well if I paid one of my f****** bills who cares haven't paid any of my s*** like three or four f****** months sorry that I fucken use the money for that but I have it covered so

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/15/2021 12:09:23 AM(UTC-6) | |

**Status:** Read

11/15/2021 12:09:23 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E703D9 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Didn't want to lose my truck and don't want to lose my other stuff I put up to save us last time and I got an inheritance coming up in the next week or so to cover everything

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/15/2021 12:10:59 AM(UTC-6) | |

**Status:** Read

11/15/2021 12:10:59 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E71A5C (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Sorry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/15/20 21 12:11:47 AM(UTC -6) | |

**Status:** Read

11/15/2021 12:11:47 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E71739 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

None of this shit is making sense, Chris sent you 9500, I sent 2100 but only 5k got put toward your bill, now you still owe 12.5, Chris doesn't owe you money and I owe you 2300. Thts with backpay and everything. And I'm gonna send another grand that makes me at 1300

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

Status: Sent

11/15/2021 12:15:29 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E71577 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Cool I got the rest covered

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/15/2021 12:18:00 AM(UTC-6) | |

Status: Read

11/15/2021 12:17:14 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E72FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Don't worry about it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/15/2021 12:18:00 AM(UTC-6) | |

Status: Read

11/15/2021 12:17:18 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E72DCA (Table: message, handle, chat; Size: 89862144 bytes)



From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

I had to take care of some things

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 11/15/20 21 12:18:00 AM(UTC -6) | |

**Status:** Read

11/15/2021 12:17:40 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E72BE2 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

Sean I am worried about it, this is yours, Chris and I means of money. I am already stressed to the max.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/15/2021 12:19:58 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E729E8 (Table: message, chat, handle; Size: 89862144 bytes)



From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Me too but I'll cover it

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 11/15/20 21 12:21:07 AM(UTC -6) | |

**Status:** Read

11/15/2021 12:20:38 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E72755 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

So tell me the truth about what is going on cause I feel like he doing shit behind my back with u guys

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/15/2021 10:10:44 AM(UTC-6) | |

**Status:** Read

11/15/2021 6:24:17 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E75FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

How could we do anything behind your back when money is owed? Chris hasn't had any shit in 2 weeks. I sent Chris every bit I had, so now I have none, and you sent him yours and you have none. I still owe kyle 1500, then he took out a 3000 loan so I could pay you faster so we could reup, to find out you spent that money on bills. Like we have bills too. I am creating more bills and getting further behind to make sure we all have what we have, I have to make up 2k, because I won't go over there by myself not knowing who is all there, I already knowing I'm out numbered, and then the last 2 times I didn't get the 5 like I had been getting, so I've been selling what I had hella cheap just so I can make you money and have a little extra to go toward back pay so I'm getting further in debt with my bills so you can take dudes money and pay your bills? Sean that is how we all live. You've been telling me all these amounts your paying and I've been keeping up with all of it because I am a banker. But it doesn't take a rocket scientist to figure out that 9500 plus 2100 plus 2200 doesn't equal 6000. And I don't give a shit how much money you make or what you spend it on that's your business. I mean You're obviously making money to pay your bills and I'm glad for that. But now at the end of the day, I have no money, no shit, and 2 more bills than I had before, and no way of getting anything else. And 2 weeks ago you were given 11,600- and only 5 went to dude, you said you had bills to pay, I sent 2200, and again you had bills to pay. That's 6500 plus 2200 which is 8700 you said has went to your bills. And shit happens I understand, but this has gone way further than myself or Chris can help out on. I seen this happening a few months ago and I should have mentioned it then but it's not my business and you're my best friend so I just tried to give you the benefit of the doubt. But now we're all stuck between a rock and a hard spot and it's too late. And In the end Chris and I are left holding the candle when we literally did all the dirty work. I feel like when it was just me and Chris shit was going great. I mean I don't know what else to do here, I love you more than you will ever know, so I felt like you need to know how I felt.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/15/2021 11:54:23 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E7DFC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/15/2021 3:15:00 PM(UTC-6) | |

**Status:** Read

11/15/2021 2:44:24 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E8431B (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16062881857 Naes 5

I hadn't sent anything out because I don't know what to do here. You want the x or no

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16062881857 Naes 5 | | | |

**Status:** Sent

11/15/2021 7:46:46 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E916C0 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

The longer I get it the longer it takes for me to get the longer it takes for all of us to get back to where we're going it's already been done sold so I can hear in there just saying so if you want should happen you guys send when you say you're going to send if not it's going to take longer.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/15/2021 7:48:30 PM(UTC-6) | |

**Status:** Read

11/15/2021 7:47:30 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3E91455 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16062881857 Naes 5
To: +13184535387 Jessica (owner)

Yeah it's crazy as fuck I'm getting kick out tomorrow from my place cause I couldn't pay rent
and rusty is out doing what the fuck every now just sucks
ass got him up and going then he ducks us over

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/9/2021<br>2:21:34<br>AM(UTC-6) | |

**Status:** Read

12/9/2021 1:00:18 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x41CBFC0 (Table: message, handle, chat; Size: 89862144 bytes)



GOVERNMENT
EXHIBIT
58

PENGAD 800-631-6989



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Hey!! Did any of those packages go out? And I hadn't sent any money anywhere because you said you were gonna give it to him. But I have money to send you

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16237035146 Nail | | | |

**Status:** Sent

9/8/2021 2:06:30 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x36AE441 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

OK well u can send it to me if u want

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 9/8/2021 2:07:50 PM(UTC-5) | |

**Status:** Read

9/8/2021 2:07:22 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x36AFFC0 (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Tell me where to send it to

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16237035146 Nail | | | |

**Status:** Sent

9/8/2021 2:07:56 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x36AFDBE (Table: message, chat, handle; Size: 89862144 bytes)



PENGAD 800-631-6989
GOVERNMENT
EXHIBIT
59

**Jessica**

Good morning. I know your not awake but I'm making my rounds this am and was just gonna check and see if your friend could take out of C to send to me. It's gonna take 2 days to get to him and then another 2 to get to me. So essentially I'm looking at another week before I get any, and I just sent the rest of what I had to C a few days ago

9/9/2021 2:07:13 PM(UTC+0)

Sources (1)

**Nail**

It is not possible it is already packed and not in my possesion

9/9/2021 4:16:13 PM(UTC+0)

Sources (1)

**Jessica**

Ok that's cool, I informed Chris this am and he's good. He wanted to know what address he should be looking at

9/9/2021 4:17:11 PM(UTC+0)

Sources (1)

**Nail**

901 n vermonr

9/9/2021 4:28:45 PM(UTC+0)

Sources (1)


GOVERNMENT
EXHIBIT
_Le0_
PENGAD 800-631-6989



**Nail**

Resized_20210907_212339.jpg

image/jpeg

~/Library/SMS/Attachments/51/01/A777BCBE-4DC9-4D69-AA2D-7F4273BC4761/Resized_20210907_212339.j...

9/10/2021 4:01:05 AM(UTC+0)

Sources (2)

**Nail**

Ok

9/10/2021 4:01:08 AM(UTC+0)

Sources (1)

**Jessica**

**Hell yeah that was fast**

9/10/2021 4:01:22 AM(UTC+0)

Sources (1)

Sources (1)



**Nail**

Yup u got it

9/10/2021 4:02:23 AM(UTC+0)

Sources (1)

**Jessica**

I think I just found my market

9/11/2021 5:00:14 AM(UTC+0)

Sources (1)



**Nail**

He'll yea I've got to get up at 430 so we can talk tomo

9/11/2021 5:01:17 AM(UTC+0)

Sources (1)

**Jessica**

K

9/11/2021 5:01:26 AM(UTC+0)

Sources (1)

| Product | QTY | Pr |
|---|---|---|

Priority Mail 2-Day 1
Dim Weight
        Dell Rapids, SD 57022
        Weight: 18 lb 13.20 oz
        Expected Delivery Date
            Sat 09/11/2021
        Dim. Weight: 32 lb
        Dimensions: 18x18x16
        Tracking #:
            9505 5068 3396 1250 5166 23
        Insurance
            Up to $50.00 included
Total

Grand Total:

Debit Card Remitted

| Product | Qty | Unit Price |
|---|---|---|

Priority Mail® 2-Day 1
Med FR Box
   Topeka, KS 66611
   Expected Delivery Date
     Sat 09/11/2021
   Tracking #:
     9505 5066 3396 1250 5165 86
   Insurance
     Up to $50.00 included
Total

Priority Mail® 2-Day 1
Med FR Box
   Haynesville, LA 71038
   Expected Delivery Date
     Sat 09/11/2021
   Tracking #:
     9505 5066 3396 1250 5166 09
   Insurance
     Up to $50.00 included
Total

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

My friend doesn't care about me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/13/2021 11:39:52 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3735307 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/13/2021 11:39:53 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3736FC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Hey I'm on the phone with my sis n law. I sent $30 to Kevin for ship

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/14/2021 2:17:43 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x374BB6D (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

4301 Highway 2 Alt
Haynesville, La 71038

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/14/2021 2:18:33 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x374CFC8 (Table: message, chat, handle; Size: 89862144 bytes)

PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
61

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Do u have any money from the thing we sent the other day we are getting money together for the next one

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/14/2021 3:21:14 PM(UTC-5) | |

Status: Read

9/14/2021 2:25:43 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x374C8EE (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Hey sorry I messaged Sean

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

Status: Sent

9/14/2021 3:21:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3750FC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/14/2021 7:53:52 PM(UTC-5) | |

Status: Read

9/14/2021 3:22:06 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3750DD6 (Table: message, handle, chat; Size: 89862144 bytes)

**From:** +13184535387 Jessica (owner)
**To:** +16237035146 Nail

Hey. Do you gave a tracking number for that package

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/16/2021 4:24:36 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3784551 (Table: message, chat, handle; Size: 89862144 bytes)

**From:** +16237035146 Nail
**To:** +13184535387 Jessica (owner)

Get it from sean

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/16/2021 4:28:29 PM(UTC-5) | |

**Status:** Read

9/16/2021 4:28:25 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3784329 (Table: message, handle, chat; Size: 89862144 bytes)

**From:** +13184535387 Jessica (owner)
**To:** +16237035146 Nail

Yes sir

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/16/2021 4:28:57 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3785FC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

My package won't be here till Monday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/17/2021 8:39:34 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37A0980 (Table: message, chat, handle;
Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

OK damn that is a long way off

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/17/2021 12:07:25 PM(UTC-5) | |

**Status:** Read

9/17/2021 10:18:36 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37A24A2 (Table: message, handle, chat;
Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

I'm so tired. I literally been working my ass off day and night to get a plug to get from me. I think I finally accomplished it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/17/2021 4:11:44 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37B547B (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Hey what is this package coming in?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/17/2021 5:39:29 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37B9B8B (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Ask Sean he did it for me I was at the wolf lodge

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/17/2021 5:40:33 PM(UTC-5) | |

**Status:** Read

9/17/2021 5:40:19 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37B9983 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Well I was just wondering if it was like in a 55 gallon drum or what

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/17/2021 5:41:03 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37B9769 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

No Def not but I don't know he did it I was gone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/17/2021 5:42:02 PM(UTC-5) | |

**Status:** Read

9/17/2021 5:41:52 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37BAFC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Well it's fine I was just wondering lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/17/2021 5:42:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37BADA8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Call the one that knows I do not

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/17/2021 5:44:39 PM(UTC-5) | |

**Status:** Read

9/17/2021 5:44:21 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37BAB9A (Table: message, handle, chat; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

**$katkan20**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/17/2021 10:25:41 PM(UTC-5) | |

**Status:** Read

9/17/2021 10:05:57 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37BE328 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

I've got him thru and thru Lil momma

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/17/2021 11:55:08 PM(UTC-5) | |

**Status:** Read

9/17/2021 11:55:06 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37C5885 (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

What is your girlfriend first and last name. Kyle said he thought she looked familiar

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/18/2021 9:51:24 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37CC975 (Table: message, chat, handle; Size: 89862144 bytes)



From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Katie sanders

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/18/2021 1:02:27 PM(UTC-5) | |

**Status:** Read

9/18/2021 11:20:39 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37CD6AA (Table: message, handle, chat; Size: 89862144 bytes)

PENGAD 800-631-6989

**GOVERNMENT
EXHIBIT**

62

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Hey you care if I send 1800? If your already counting on it that's fine but I thought I would ask.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/18/2021 10:04:07 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D6860 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

That's ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/18/2021 10:18:08 PM(UTC-5) | |

**Status:** Read

9/18/2021 10:08:07 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D65D9 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Thx

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/18/2021 10:18:08 PM(UTC-5) | |

**Status:** Read

9/18/2021 10:10:57 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D6407 (Table: message, handle, chat; Size: 89862144 bytes)

PENGAD 800-631-6989
GOVERNMENT
EXHIBIT
63

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Hey where u at are u doing the do

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 9/18/2021 11:11:30 PM(UTC-5) | |

**Status:** Read

9/18/2021 11:09:46 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D74E5 (Table: message, handle, chat;
Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Waiting for u

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 9/18/2021 11:11:30 PM(UTC-5) | |

**Status:** Read

9/18/2021 11:09:59 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D72E3 (Table: message, handle, chat;
Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

You ain't waiting on me

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16237035146 Nail | | | |

**Status:** Sent

9/18/2021 11:11:37 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D8FC8 (Table: message, chat, handle;
Size: 89862144 bytes)

**From:** +13184535387 Jessica (owner)
**To:** +16237035146 Nail

Check her app

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/18/2021 11:11:42 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D8DE0 (Table: message, chat, handle; Size: 89862144 bytes)

**From:** +16237035146 Nail
**To:** +13184535387 Jessica (owner)

We r u got her done thx babe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/18/2021 11:23:08 PM(UTC-5) | |

**Status:** Read

9/18/2021 11:22:44 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D8801 (Table: message, handle, chat; Size: 89862144 bytes)

**From:** +13184535387 Jessica (owner)
**To:** +16237035146 Nail

Sorry I took so long. Can you send me 5 Monday?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/18/2021 11:23:24 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D8611 (Table: message, chat, handle; Size: 89862144 bytes)

41

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

We will do our best we have to get more did 12 in kingmag

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/18/2021 11:24:59 PM(UTC-5) | |

**Status:** Read

9/18/2021 11:24:45 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D9FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Or at least 2?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/18/2021 11:25:04 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D9D96 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Like I said we have to get more

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/18/2021 11:54:33 PM(UTC-5) | |

**Status:** Read

9/18/2021 11:26:55 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37D9BBA (Table: message, handle, chat; Size: 89862144 bytes)

...ms.db : 0x37EC66F (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

No you're good. Let me ask you one more. Does Sean know I sent you tht r

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

Status: Sent

9/19/2021 4:18:00 PM(U

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37EC394 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Yes I believe I told him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/19/2021 4:18:50 PM(UTC-5) | |

Status: Read

9/19/2021 4:18:50 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37EDFC0 (Table: message, handle, chat;
Size: 89862144 bytes)

PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
64



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Haha I don't know why I just don't email him! I'm gonna email him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/19/2021 9:30:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F679D (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/19/202 1 9:40:09 PM(UTC -5) | |

**Status:** Read

9/19/2021 9:31:08 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F655A (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

If I give you 4K could you send 5, and then I owe you 5k?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/19/2021 9:46:57 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F7DC9 (Table: message, chat, handle; Size: 89862144 bytes)

PENGAD 800-631-6989
GOVERNMENT EXHIBIT
45

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Fer now k

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/19/2021 9:49:32 PM(UTC -5) | |

**Status:** Read

9/19/2021 9:49:29 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F7B74 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Owe us 6

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/19/2021 9:49:35 PM(UTC -5) | |

**Status:** Read

9/19/2021 9:49:35 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F79A2 (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Come on 5———

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/19/2021 9:49:59 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F77DA (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

And if u do it that way we will shoot u one

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/19/2021 9:50:00 PM(UTC-5) | |

**Status:** Read

9/19/2021 9:50:00 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F75DE (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Wait hold on now we talking

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/19/2021 9:50:14 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F73D0 (Table: message, chat, handle; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Ok so 4 down, owe 6 -for 6? Is that what you mean

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/19/2021 9:51:07 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F8FC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/19/2021 10:02:19 PM(UTC-5) | |

**Status:** Read

9/19/2021 9:52:09 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F8DA4 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Just bank on 10

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/19/2021 10:02:19 PM(UTC-5) | |

**Status:** Read

9/19/2021 9:58:31 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F8652 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

10

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/19/2021 10:02:30 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x37F847C (Table: message, chat, handle; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Call me BEFORE you do anything. Just make sure everything panned out before you call and order

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/20/2021 7:49:19 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x38057B5 (Table: message, chat, handle; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

As of right now I don't have that cash yet, and they aren't answering

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/20/2021 7:49:42 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3805540 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Did y'all find him?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/20/2021 1:53:14 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x380D2AE (Table: message, chat, handle;
Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/23/202 1 10:38:51 PM(UTC -5) | |

**Status:** Read

9/23/2021 8:21:29 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3869DC1 (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

My package didn't make it. I bought the label as a overnight package to be here yesterday. But that's fine because it would for sure be here today- no sir, no package.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/25/2021 1:16:37 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x389BFC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

OK u have the tracking number

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/25/202 1 1:17:28 PM(UTC -5) | |

**Status:** Read

9/25/2021 1:17:20 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x389B9AC (Table: message, handle, chat; Size: 89862144 bytes)

GOVERNMENT
EXHIBIT
66

PENGAD 800-631-6989

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Yeah, I looked it up and it's In Shreveport. My mail steady tan so it'll be Monday. I've called customer service and I'm pissed.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/25/2021 1:18:18 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x389B7BA (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Well some things are out of our control

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/25/2021 2:04:47 PM(UTC-5) | |

**Status:** Read

9/25/2021 2:04:08 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x389C49B (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

What came back in that chad guy?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/25/2021 2:04:53 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x389C295 (Table: message, chat, handle; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Anything?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/25/2021 2:04:58 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x389DFC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Nothing yet but haven't ran the full background check yet

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/25/2021 2:08:39 PM(UTC-5) | |

**Status:** Read

9/25/2021 2:05:53 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x389DDF4 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Oh ok. I prolly run one on him before I start fucking with him

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/25/2021 4:00:30 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x38A0FC8 (Table: message, chat, handle; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

I love your picture on FB

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/26/2021 5:46:11 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x38BCBB1 (Table: message, chat, handle;
Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Yea Sean is a dick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/26/2021 5:47:00 PM(UTC-5) | |

**Status:** Read

9/26/2021 5:46:58 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x38BC7E8 (Table: message, handle, chat;
Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

9/26/2021 5:47:05 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x38BC60C (Table: message, chat, handle;
Size: 89862144 bytes)



GOVERNMENT
EXHIBIT
67

PENGAD 800-631-6989

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Ida put something hanging out of your mouth first

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

Status: Sent

9/26/2021 5:47:26 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x38BC43C (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Who knows he may have

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 9/26/2021 5:48:57 PM(UTC-5) | |

Status: Read

9/26/2021 5:48:01 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x38BC218 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Nah I seen it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

Status: Sent

9/26/2021 5:49:02 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x38BDFC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

U either what's up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/2/2021 8:30:17 PM(UTC-5) | |

**Status:** Read

10/2/2021 8:29:00 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DB565 (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

I need a favor

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

10/2/2021 8:30:23 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DCAD5 (Table: message, chat, handle; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

If your not busy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

10/2/2021 8:30:29 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DC8FF (Table: message, chat, handle; Size: 89862144 bytes)



GOVERNMENT
EXHIBIT
108

PENGAD 800-631-6989

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

**Okay**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/2/2021 8:30:49 PM(UTC-5) | |

**Status:** Read

10/2/2021 8:30:45 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DC71F (Table: message, handle, chat; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

**What's up**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/2/2021 8:30:52 PM(UTC-5) | |

**Status:** Read

10/2/2021 8:30:52 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DC557 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

**Are you busy**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

10/2/2021 8:30:53 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DC38D (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

A little

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/2/2021 8:31:10 PM(UTC-5) | |

**Status:** Read

10/2/2021 8:31:10 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DC1B3 (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Ok. Just hit me up when your not busy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

10/2/2021 8:31:19 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DDFC8 (Table: message, chat, handle; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Gotta handle a little business

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

10/2/2021 8:31:28 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DDDC4 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Jennifer is her name. Chad is his name.
They said they had 4000 to put up front, they didn't come with it. So y'all fronted to me. They said if I got it they would come with the 4 g up front. I get it I told him if he came with cash money I would drop it 500. So 3500. Cheaper than they can get it. I drive over an hour with the shit get there they only have 550. Tried to say I took too long. Told them fine I would give them a chance. They said they could have it gone in 2 days. anyways she quit answering my calls and texts, so I just kept on her. She finally called last night and she said had my money to come get it and bring another one. They still owed 2450, he hands me 1350. I asked if he still had shit he said 2 zips and still had some fronted. Said he could make the rest up. I said well I can't leave you anything so when you get closer to goal let me know. Well they sell the 2 zip and they have 700. They wanted me to come get it and front them another one an hour away. I told her she could come here and we'd talk about it. She then said that chad didn't make any money off that he wasn't gonna do it for free. So they took my 700 and went and spent it else where.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

10/2/2021 8:42:44 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DEFC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Her number is 318-624-6449

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

10/2/2021 8:43:13 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DFFC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

I mean if you don't want to do it it's fine. Just let me know so I can handle up on it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

10/2/2021 8:51:32 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DF571 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

I will when I'm done working on the truck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/2/2021 8:53:25 PM(UTC-5) | |

**Status:** Read

10/2/2021 8:52:55 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39DF302 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Hey call me I talked to Chad and u need to hear what was said k

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/2/2021 10:14:50 PM(UTC-5) | |

**Status:** Read

10/2/2021 10:14:42 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39E2FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

As soon as him and I hung up 3 dealers are out in iinden. It's my time to shine

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

10/2/2021 10:46:57 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39E2D89 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Good get er done

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/2/2021 11:04:01 PM(UTC-5) | |

**Status:** Read

10/2/2021 10:47:35 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x39E2B28 (Table: message, handle, chat;

 **Nail**

 Resized_Resized_20211108_102324.jpg
image/jpeg
~/Library/SMS/Attachments/79/09/84451F1E-35A5-4003-8867-2C12C9EE55CB/Resized_Resized_20211108_1...

11/8/2021 10:03:04 PM(UTC+0)

Sources (2)

**Jessica**

**You look good Rusty!!**

11/8/2021 10:03:31 PM(UTC+0)

Sources (1)

 **Nail**

**Thank you**

 11/8/2021 10:03:39 PM(UTC+0)

Sources (1)

**Jessica**

**Seriously, you look so happy!**

11/8/2021 10:15:42 PM(UTC+0)

Sources (1)

 **Nail**



 11/8/2021 10:15:50 PM(UTC+0)


GOVERNMENT
EXHIBIT
69
PENGAD 800-631-6989





**Nail**

**Old**

 10/16/2021 11:30:22 AM(UTC+0)

[Sources (1)](#)

**Nail**

 Resized_Resized_20211013_175231.jpeg

image/jpeg

~/Library/SMS/Attachments/a8/08/0B8B6B74-25FE-408B-AEF7-7B288B59267D/Resized_Resized_20211013_1...

10/16/2021 11:30:27 AM(UTC+0)

[Sources (2)](#)

**Nail**

**New**

 10/16/2021 11:30:30 AM(UTC+0)

[Sources (1)](#)

**Nail**

 Resized_Resized_20211016_042856.jpeg

image/jpeg

~/Library/SMS/Attachments/be/14/8F774738-61A3-4FA0-BC45-AEB204351612/Resized_Resized_20211016_0...

10/16/2021 11:30:38 AM(UTC+0)

[Sources (2)](#)



GOVERNMENT EXHIBIT

70



**Nail**

 Resized_Resized_20211016_042856.jpeg
image/jpeg
~/Library/SMS/Attachments/be/14/8F774738-61A3-4FA0-BC45-AEB204351612/Resized_Resized_20211016_0...

10/16/2021 11:30:38 AM(UTC+0)

Sources (2)

**Jessica**

I love both of them, but your glasses take away the thug in you!! I totally dig it!!!

10/16/2021 11:45:06 AM(UTC+0)

Sources (1)

 **Nail**

Got to hide it

 10/16/2021 11:46:01 AM(UTC+0)

Sources (1)

 **Nail**

Keeps me out of trouble

 10/16/2021 11:46:40 AM(UTC+0)

Sources (1)

**Jessica**

You look like your  finally happy to be here!!!

10/16/2021 11:47:11 AM(UTC+0)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

But anyways. I'm in a bad bind. I hadn't had any shit since Saturday before last

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

Status: Sent

10/20/2021 4:29:06 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C14FC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Well working on it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/20/20 21 4:29:58 PM(UTC -5) | |

Status: Read

10/20/2021 4:29:40 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C149F7 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Usually I always put back a QP just so if anything happens I can make it up. But hell I got tired of going back n forth to chads so I give him every bit I had thinking we would reup the next Monday. So I would be ok for 2 days

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

Status: Sent

10/20/2021 4:31:04 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C1481B (Table: message, chat, handle; Size: 89862144 bytes)



GOVERNMENT
EXHIBIT
71

PENGAD 800-631-6989

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

**Well things are not always perfect**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 10/20/20<br>21<br>4:34:35<br>PM(UTC<br>-5) | |

**Status:** Read

10/20/2021 4:32:15 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3C15FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

**Attachments:**



Title: Resized_IMG_20210723_135514.jpeg
Size: 925589
File name: ~/Library/SMS/Attachments/64/04/7A76D32E-FD51-4156-9FBD-0712DB679D5E/Resized_IMG_20210723_135514.jpeg
~/Library/SMS/Attachments/64/04/7A76D32E-FD51-4156-9FBD-0712DB679D5E/Resized_IMG_20210723_135514.jpeg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/7/202<br>1<br>12:12:59<br>AM(UTC<br>-5) | |

**Status:** Read

11/6/2021 11:51:14 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D95FC0 (Table: message, handle, attachment, chat; Size: 89862144 bytes)
Jessica's iPhone/mobile/Library/SMS/Attachments/64/04/7A76D32E-FD51-4156-9FBD-0712DB679D5E/Resized_IMG_20210723_135514.jpeg : (Size: 925589 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

**My truck**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 11/7/202<br>1<br>12:12:59<br>AM(UTC<br>-5) | |

**Status:** Read

11/6/2021 11:51:33 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x3D95DA8 (Table: message, handle, chat; Size: 89862144 bytes)



Nail

R u up

11/7/2021 5:32:08 PM(UTC+0)

Sources (1)



Jessica

Yes sir

11/7/2021 5:32:57 PM(UTC+0)

Sources (1)



Nail

U didn't send that money right

11/7/2021 5:33:32 PM(UTC+0)

Sources (1)



Jessica

No sir

11/7/2021 5:33:38 PM(UTC+0)

Sources (1)



Nail

Sean never came back and hasn't called or anything

11/7/2021 5:34:16 PM(UTC+0)

Sources (1)



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT

72



**Jessica**
What do you mean
11/7/2021 5:38:47 PM(UTC+0)

Sources (1)



**Nail**
Jess plz call me asap I'll give u info where to send that
11/7/2021 8:06:37 PM(UTC+0)

Sources (1)

**Nail**
Jose manuel lugo almeida.
City nogales
State sonora
Country mexico
11/7/2021 8:19:11 PM(UTC+0)

Sources (1)



**Jessica**
You didn't give me a postal code
11/7/2021 10:56:01 PM(UTC+0)

Sources (1)



**Jessica**
Hhhheeeyyyy booooooo!!
11/7/2021 11:03:28 PM(UTC+0)

# Review and Confirm

This is not a receipt.

Date of Transactions
11/07/2021

**MY WU REWARDS**

Reward points from this transfer will be added to My WU membership number: **312524924**

**SENDING DETAILS**

Jessica Johnson

Debit Card
VISA ending in 1694

**RECEIVING DETAILS**

Jose Manuel Lugo
Almeida
Nogales , Sonora , 84000

Cash at WU agent location

Final Receiver must present government-issued ID. Make sure Final Receiver name matches ID exactly.

**EXPECTED FOREIGN COUNTRY PAYOUT LOCATION**

Mexico

**DELIVERY TIME** [1]

In minutes

**SUMMARY**



**Nail**

Hey how is it going

11/7/2021 11:53:21 PM(UTC+0)

Sources (1)

**Nail**

Ok
84000 that's the one

11/8/2021 12:30:00 AM(UTC+0)

Sources (1)

**Nail**

Let me know when u got it

11/8/2021 12:30:18 AM(UTC+0)

Sources (1)

**Nail**

Thx ur great

11/8/2021 12:30:27 AM(UTC+0)

Sources (1)



**Jessica**

Review.pdf
application/pdf
~/Library/SMS/Attachments/d8/08/AC471FDC-68F1-46BF-A556-EE9C1CE034AD/Review.pdf



# Review and Confirm

This is not a receipt.

Date of Transactions
11/07/2021

**MY WU REWARDS**

Reward points from this transfer will be added to My WU membership number: **312524924**

**SENDING DETAILS**

Jessica Johnson

| | Debit Card
VISA ending in 1694

**RECEIVING DETAILS**

Jose Manuel Lugo
Almeida
Nogales , Sonora , 84000

Cash at WU agent location

Final Receiver must present government-issued ID. Make sure Final Receiver name matches ID exactly.

**EXPECTED FOREIGN COUNTRY PAYOUT LOCATION**

Mexico

**DELIVERY TIME [1]**

In minutes

**SUMMARY**

| | |
|---|---|
| Transfer amount | 1000.00 USD |
| ...sfer fee[2] | + 6.00 USD |
| | 1006.00 USD |
| Exchange rate[2] | 1 USD = 20.2498 MXN |
| Transfer amount | 20250.00 MXN |
| Total to Final Receiver | 20250.00 MXN |

## Set a reminder for my next transfer

Frequency

Weekly · One time

**Monthly** · Every other week

Starts on
11/07/2021

For all transfers, Final Receiver may receive less due to foreign taxes.

**Important:** Western Union relies on the information you provide us to send money. Please review all transaction details for accuracy before continuing your transactions.

International money transfer services are provided by two Western Union companies: Western Union Financial Services, Inc. ("WUFSI") and Western Union International Services, LLC ("WUIS"). Transfer fees disclosed above for these services are charged by WUIS.

By clicking "Continue" below, You agree as follows: For all transactions: (i) all related transaction information You have received accurately reflects the information You supplied; (ii) You have received and agree to the Privacy Statement, the Terms and Conditions, and the My WU Terms and Conditions; (iii) defined terms in the Terms and Conditions apply to communication provided by Western Union; (iv) You agree to receive information electronically pursuant to the e-Sign Disclosures and Consent Notice. For all transactions sent outside the U.S.: (v) You acknowledge that You are contracting with WUFSI and WUIS, which are conducting two separate money transfer transactions in order to make the money

available to your Final Receiver. (In the first transaction, You are engaging WUFSI to send money to WUIS, and in the second transaction, You are engaging WUIS to send money to Your Final Receiver. WUFSI issues the receipt when you pay WUFSI and WUIS issues the receipt when WUFSI pays WUIS on Your behalf). For Transactions sent outside the U.S. of over $15.00: (vi) You received a pre-transaction disclosure statement before you paid for the transaction. In addition: (vii) You acknowledge that you have received the Western Union Fraud Warning and You are not sending for any of the reasons listed and (viii) You confirm that You are not conducting these transactions on behalf of another person.

---

 Legal disclaimers and important info.

When you send money outside of the U.S. or its territories, the term "receiver" means your Final Receiver and the terms "transaction" or "transfer" generally mean the two separate money transfer transactions as described in our terms and conditions.

[1] Date available will be displayed on receipt for international transfers over $15. Service and funds may be delayed or unavailable depending on certain factors including the Service selected, the selection of delayed delivery options, special terms applicable to each Service, amount sent, destination country, currency availability, regulatory issues, consumer protection issues, identification requirements, delivery restrictions, agent location hours, and differences in time zones (collectively, "Restrictions"). Additional restrictions may apply; see our terms and conditions for details.

[2] In addition to the transfer fee, Western Union also makes money from currency exchange. When choosing a money transmitter, carefully compare both transfer fees and exchange rates. Fees, foreign exchange rates and taxes may vary by brand, channel, and location based on a number of factors. Fees and rates subject to change without notice.

Western Union's Tobacco Purchase or Sale Policy.

My WU service fee reduction are not currently applied to online bill payments or transfers that are set up through the Western Union mobile app and paid for at participating agent locations.

Western Union, P. O. Box 6036, Englewood, CO, 80155

---

🖨 Print

Date of Transactions
11/07/2021

 We're reviewing your money transfer.

If needed, we may contact you to confirm information. Otherwise, we'll email a confirmation to **JJOHNSON_86@HOTMAIL.COM** shortly.

Tracking number (MTCN): **592 803 2146**

### MY WU REWARDS



| | |
|---|---|
| My WU #: | 312 524 924 |
| Points earned: | 6 |
| Total points: | 6 |

### SENDING DETAILS

 Jessica Johnson

 Debit Card
VISA ending in 1694

### RECEIVING DETAILS

 Jose Manuel Lugo Almeida
Nogales , Sonora , 84000

RECEIVING DETAILS

 **Jose Manuel Lugo Almeida**
Nogales , Sonora , 84000

 **Cash at WU agent location**

Final Receiver must present government-issued ID. Make sure Final Receiver name matches ID exactly.

EXPECTED FOREIGN COUNTRY PAYOUT LOCATION

**Mexico**

DATE AVAILABLE IN FINAL RECEIVER'S COUNTRY [1]

**November 07, 2021**

SUMMARY

| | |
|---|---|
| Transfer amount | 1000.00 USD |
| Transfer fee[2] | + 6.00 USD |
| Total | 1006.00 USD |
| Exchange rate[2] | 1 USD = 20.2498 MXN |
| Transfer amount | 20250.00 MXN |
| Total to Final Receiver | 20250.00 MXN |

For all transfers, Final Receiver may receive less due to foreign taxes.

You have a right to dispute errors in your transactions. If you think there is an error, contact us within 180 days of the date we promised you that the funds would be made available to the Final Receiver at 1-800-325-6000 or https://care.westernunion.com/us/en/ask. You can also ntact us for a written explanation of your rights.

Subject to applicable law, you may cancel for a full refund within 30 minutes of payment, unless the funds have been


Dear Jessica Johnson,

We wanted to let you know that we are reviewing your recent money transfer. This review typically takes about 30 minutes.

There is nothing you need to do at this time. However, we may need to contact you on the information you provided in your profile.

When we are finished with our review, we will notify you at JJOHNSON_88@HOTMAIL.COM.

You can check the status anytime in your profile.

For your reference, your tracking number (MTCN) is: 9328082146.

We apologize for any inconvenience this may have caused.

Download our app and get real-time status updates on your transfer.

Thank you for choosing Western Union.

| Payment Method: | |
|---|---|
| Card Number: | XXXX-XXXX-XXXX-1684 |

| Delivery Method: | |
|---|---|
| | at any agent location in the expected foreign country payout location. |

| Sender: | |
|---|---|
| Name: | Jessica Johnson |
| Address: | 4301 HIGHWAY 2 ALT |
| City: | HAYNERVILLE |
| State: | LA |
| Country: | UNITED STATES |
| ZIP: | 71038 |
| Phone Number: | (318) 453-6387 |

| Final Receiver: | |
|---|---|
| Name: | Jose Manuel Lugo Almeida |
| City | NOGALES |
| State: | SON |
| Country: | MEXICO |
| ZIP: | 84000 |
| Expected Foreign Country Payout Location: | NOGALES, SON, MEXICO |

| Payment Information: | |
|---|---|
| Card Type: | Visa |
| Card Number: | XXXX-XXXX-XXXX-1684 |
| Expiration Date: | 112024 |
| Transaction type | Purchase |

| Payout Information: | |
|---|---|
| | November 07, 2021 |
| Delivery Method: | At any agent location in Final Receiver's expected payout location. |

| Billing Summary | |
|---|---|
| Transfer Amount: | 1,000.00 USD |
| Transfer Fees: | + 6.00 USD |
| Promotion Discount: | - 0.00 USD |
| Total : | 1,006.00 USD |

| Transfer Summary | |
|---|---|
| Estimated Exchange Rate: | 1.00 USD = 20.2458 MXN |
| Estimated Transfer Amount: | 20,250.00 MXN |
| Estimated Total to Final Receiver: | 20,250.00 MXN |
| Total to | |

Any promotion discount already has been applied.

 

Dear JESSICA JOHNSON

Thank you for using Western Union.

We're sorry to tell you that we've put your money transfer request with a tracking number 5928032146 on hold. To proceed with your transfer, we need to verify your email address. Please call us at 800 325-6000 and provide us the below 4-digit PIN within the next 2 hours to verify your email address.

Your 4-digit verification PIN:
**6514**



Reply

Mail          Search          Calendar



**Jessica**

Screenshot 2021-11-07 at 6.51.25 PM.png

image/png

~/Library/SMS/Attachments/88/08/A3F515DD-2065-4EA2-A8A4-0E508D19381F/Screenshot 2021-11-07 at 6....

11/8/2021 12:51:32 AM(UTC+0)

Sources (2)

**Jessica**

Screenshot 2021-11-07 at 6.52.11 PM.png

image/png

~/Library/SMS/Attachments/3f/15/9F116816-0CA5-4E79-9D9E-CCFF4FAF435E/Screenshot 2021-11-07 at 6.52...

11/8/2021 12:52:18 AM(UTC+0)

Sources (2)

**Jessica**

Hold on I'm on phone with western union

11/8/2021 12:53:18 AM(UTC+0)

Sources (1)

**Nail**

Okay

11/8/2021 12:53:25 AM(UTC+0)

Sources (1)

**Jessica**
I'm gonna tell them he's my cousin and that I was gonna let him borrow money
11/8/2021 1:00:01 AM(UTC+0)

Sources (1)

**Jessica**
Is that cool
11/8/2021 1:00:04 AM(UTC+0)

Sources (1)

**Nail**
Or with ur cousin
11/8/2021 1:01:13 AM(UTC+0)

Sources (1)

**Jessica**
Huh?
11/8/2021 1:01:29 AM(UTC+0)

Sources (1)

 **Jessica**

Hey I have a question real quick.

11/13/2021 11:44:21 PM(UTC+0)

Sources (1)

 **Nail**

Hey I've got a couple other things I have to tend to tonight today so I will figure out a place to send that money tommorow k

 11/15/2021 11:53:54 PM(UTC+0)

Sources (1)

**Jessica**

Hey I will just mail it in a money order

11/16/2021 12:09:24 AM(UTC+0)

Sources (1)

**Jessica**

I mean I could send it straight to dude

11/16/2021 12:09:56 AM(UTC+0)

Sources (1)

 **Nail**

OK to me and what address

 11/16/2021 12:10:23 AM(UTC+0)

Sources (1)


GOVERNMENT EXHIBIT
73
PENGAD 800-631-6989

 **Jessica**

We will figure it out. When I get the money I will let you know and you can tell me what to do

11/16/2021 12:27:09 AM(UTC+0)

Sources (1)

 **Nail**

Thought u had it

 11/16/2021 12:49:46 AM(UTC+0)

Sources (1)

 **Jessica**

No I asked earlier that when I got it where did you want me to send it

11/16/2021 1:02:32 AM(UTC+0)

Sources (1)

 **Nail**

Jose manuel lugo Almeida
City nogales
State sonora
Country mexico

 11/17/2021 2:00:56 AM(UTC+0)

Sources (1)

 **Jessica**

Does it have a postal code?

11/17/2021 2:12:04 AM(UTC+0)

**Nail**

Fuck let me call n find out

11/17/2021 2:12:40 AM(UTC+0)

Sources (1)

**Nail**

84000

11/17/2021 2:15:43 AM(UTC+0)

Sources (1)

**Nail**

Hey did u send that to him

11/17/2021 7:13:41 AM(UTC+0)

Sources (1)

**Jessica**

 Receipt.png

image/png

~/Library/SMS/Attachments/42/02/59C0319F-3A9F-4C03-85E1-BC5CEB2311EF/Receipt.png

11/17/2021 1:51:14 PM(UTC+0)

Sources (2)

**Jessica**

Hey I'm sorry I know it's early, it's sent here's the tracking number, it went right thru- they didn't have to call and confirm or anything! Not necessarily a good thing but not a bad thing either! Lol

Select Share to send these tips to your final receiver. We'll include info about an option to conveniently send this transfer directly to their bank account.



Add a FREE greeting to your transfer details and share it with Jose Manuel.

**Add greeting and share**

**Share**

Tracking number (MTCN)

**370 739 0076**

For cash pickup, your final receiver will need:
- Government-issued photo ID
- Tracking number (MTCN)

**MY WU REWARDS**

 My WU #:          312 524 924

Points earned:        6
Total points:         12

 Now you can pay even more bills with Western Union. Pay now                               ✕

**Jessica**

Tell your buddy to remember me if he ever strikes it rich! 😂😂

11/17/2021 1:52:48 PM(UTC+0)

Sources (1)

**Nail**

Hey thx how much

11/17/2021 1:53:07 PM(UTC+0)

Sources (1)

**Nail**

1000

11/17/2021 1:53:11 PM(UTC+0)

Sources (1)

**Jessica**

1000

11/17/2021 1:53:12 PM(UTC+0)

Sources (1)

**Jessica**

Yes sir

11/17/2021 1:53:14 PM(UTC+0)

Sources (1)



**Jessica**

I'm a man of my word

11/17/2021 1:53:25 PM(UTC+0)

Sources (1)



**Nail**

OK thx u r and that helps

11/17/2021 1:53:52 PM(UTC+0)

Sources (1)

**Jessica**

Anything to help. If we can work something out, Chris and I would appreciate it.

11/17/2021 1:54:36 PM(UTC+0)

Sources (1)

**Jessica**

Sean is asking for money. I ain't giving him shit because I know he ain't got the money to go and I feel like he was just gonna spend it

11/17/2021 1:56:13 PM(UTC+0)

Sources (1)

**Nail**

OK we will deal with it later k

11/17/2021 1:58:14 PM(UTC+0)

Sources (1)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

You're busy. You can call me later it's fine

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16237035146 Nail | | | |

**Status:** Sent

12/1/2021 5:53:59 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x408FE02 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Hey boo, are you gonna have something to send me tomorrow

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16237035146 Nail | | | |

**Status:** Sent

12/5/2021 6:02:00 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x414D95A (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Hey so I was gonna tell you, that I've been telling people for 2 weeks now that I would have it anytime, so if I'm not gonna get it that's fine I just need to know. So I'm not telling my people that they will have it in 2 days and then nothing. I hate bugging you about this, because I know your busy and time is of essence  right now, but I figured since we just talked about it I would get reassurance from you. I mean we all need to make money at the end of the day, me if I send you all those pills, and I don't get any shit thats basically me stuck without making money again

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16237035146 Nail | | | |

**Status:** Sent

12/5/2021 10:24:08 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4151FC8 (Table: message, chat, handle; Size: 89862144 bytes)


GOVERNMENT
EXHIBIT
74
PENGAD 800-631-6989

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Hey I know the situation believe me I feel bad enough about it but I have to rely on other people's time if it was up to me I'd do the shit it would be done and it would not be an issue but that's not the case I'm up here there down there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/5/2021 10:25:29 PM(UTC-6) | |

**Status:** Read

12/5/2021 10:25:29 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4151677 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

I'm still working on paying off his old bill so it's an issue because I don't want to be burdened to my buddy buddy cause he don't deserve that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/5/2021 10:25:47 PM(UTC-6) | |

**Status:** Read

12/5/2021 10:25:47 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x41512D6 (Table: message, handle, chat; Size: 89862144 bytes)



From: +13184535387 Jessica (owner)
To: +16237035146 Nail

That's right and I want to help him too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/5/2021 10:26:00 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4152FC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

I promise you that as soon as I can get them to handle it a litthem to Hanley I literally just called him literally right before you texted no no answer I mean hes a family man he does whatever he does hes busy too and he hes hes doing me a favor so basically you know I got to be on his time schedule and it sucks when things happen or whatever I apologize but I'm on it believe me I want you to be good too I'm sorry Sean's a Dick

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/5/2021 10:26:30 PM(UTC-6) | |

**Status:** Read

12/5/2021 10:26:30 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4152DB8 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

That's why when your dude needed money I give him what I had. So I could also make sure he was getting tended too. And I also tried to have his back when I came to you and I was like we have a problem. I can't even imagine what would have happened if I wouldn't have said anything you know. But I knew it would get worse if I didn't. And I wished I would have said something sooner. I'm not a snitch tho and that took everything I had to tell you. I hate he's done what he has done because it's been fucking shitty for all. Like he's my best friend but what he's done to me really hurt, first off getting the cops called to my house and then doing one of his temper tantrums in front of my kids. I would never cause trouble like that for anyone you know. Especially my best friend. I think you've been very honest with me, and I want you to be straight forward, and I not asking for you to sit here and explain what happened. I just want you to be like hey it's gonna be a couple days or next week, or whatever because man I'm telling you I could run this town, if I had the consistency. You know.
But I also know I have a job interview tomorrow, and if I get the job, I'll have to retire. My best friends wants me to go to rehab. And she's a nurse to that's wheee that comes from. But it's a mess here. Anyways I do appreciate everything you have done and continue to do for me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/5/2021 10:34:04 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4154FC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Hey I totally agree with you without showing the picture it will be a hell of a lot different hell a lot better now better now obviously getting it off the ground requires finesse on my end and I'm working that but I do not forget and I feel bad I like to explain things so people understand what's going on

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/5/2021 10:57:36 PM(UTC-6) | |

**Status:** Read

12/5/2021 10:54:50 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4156483 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

I don't have the exact time frame obviously it was supposed to be a couple days ago now we are a couple days later so I hate to commit to a specific time when Weiner if things do not work out I should just set what I had I'm sorry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/5/2021 10:57:36 PM(UTC-6) | |

**Status:** Read

12/5/2021 10:55:10 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4157FC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

No don't apologize I'm not mad, I'm just saying like going forward. Just so I can tell my people if they need to make a move. You know it's

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/5/2021 11:14:58 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x41592B8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Hey I would tell them go ahead and make a move they don't matter the shouldn't go nowhere you will get it they the money will always be

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/5/2021 11:16:07 PM(UTC-6) | |

**Status:** Read

12/5/2021 11:16:04 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x415AFC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

They go elsewhere, but when I have it they stay loyal to me.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/5/2021 11:17:41 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x415ACF5 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Yeah when you stay consistent they stay loyal to you don't trip we're just transitioning without the S

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/5/2021 11:19:04 PM(UTC-6) | |

**Status:** Read

12/5/2021 11:18:58 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x415AABA (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

That's cool. Just hit m when you can

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/5/2021 11:20:34 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x415A64E (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

I got you I promise

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/6/2021 12:27:12 AM(UTC-6) | |

**Status:** Read

12/5/2021 11:36:42 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x415DFC0 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

♥

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/6/2021 12:27:17 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x415F67B (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Still nothing.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/6/2021 11:40:23 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x417E5B3 (Table: message, chat, handle;
Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Hey Jess give me a call if you up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/7/2021 7:48:34 AM(UTC-6) | |

**Status:** Read

12/7/2021 1:04:33 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4180FC0 (Table: message, handle, chat;
Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

You up?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/7/2021 7:48:39 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x41805E8 (Table: message, chat, handle;
Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Yes I'm up now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/7/2021 7:54:37 AM(UTC-6) | |

**Status:** Read

12/7/2021 7:50:49 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x418041A (Table: message, handle, chat;
Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Does he need some money?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/7/2021 8:17:03 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4181706 (Table: message, chat, handle;
Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Does who need some money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/7/2021 9:19:30 AM(UTC-6) | |

**Status:** Read

12/7/2021 9:15:21 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4182984 (Table: message, handle, chat;
Size: 89862144 bytes)

143

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Ok so if the money is the issue your dude. Is that what he needs to get more?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/7/2021 9:19:41 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x418279C (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Not at all the issue is a domestic saying in the fucking bitch that's shit away don't trip OK we got it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/7/2021 9:20:10 AM(UTC-6) | |

**Status:** Read

12/7/2021 9:20:10 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x418253F (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Ok so this is my situation, the dude I work hand and hand with, like my partner, he was sentenced to go to jail for over a year. He has a wife and 3 kids. He asked for time to get his shit and his family straight before he went. He has 42 days left as of today to make as much money as he can to set his family up before he goes. I know your way too busy for the bullshit you know. We gotta make a move.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/7/2021 9:25:04 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4183FC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

Well look at if you want to shoot some money I'll take care of them at all probably definitely be able to send you a lot more the money uh Joe's chicks are back East

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 12/7/2021 9:26:41 AM(UTC-6) | |

Status: Read

12/7/2021 9:26:07 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x41837D5 (Table: message, handle, chat; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

That fucking talk to text is ridiculous sorry

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +13184535387 Jessica | | 12/7/2021 9:26:41 AM(UTC-6) | |

Status: Read

12/7/2021 9:26:36 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x41834C6 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Lmao! I can't use talk to text because of my accent

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +16237035146 Nail | | | |

Status: Sent

12/7/2021 9:27:04 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x41832B4 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

Call me when you get a second so you can tell me what you meant

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/7/2021 9:27:43 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4184FC8 (Table: message, chat, handle; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

If I come up with 2, can I get 1 for that and then the rest you front I pay 2500

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/7/2021 9:39:37 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4184D91 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

I can probably do it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/7/2021 10:11:29 AM(UTC-6) | |

**Status:** Read

12/7/2021 9:55:39 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x4184939 (Table: message, handle, chat; Size: 89862144 bytes)

From: +13184535387 Jessica (owner)
To: +16237035146 Nail

You know when we first started talking, you promise you'd always protect me.....

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16237035146 Nail | | | |

**Status:** Sent

12/9/2021 4:11:47 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x41CB989 (Table: message, chat, handle; Size: 89862144 bytes)

From: +16237035146 Nail
To: +13184535387 Jessica (owner)

So what's up talk to me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13184535387 Jessica | | 12/9/2021 4:12:32 AM(UTC-6) | |

**Status:** Read

12/9/2021 4:12:32 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Jessica's iPhone/mobile/Library/SMS/sms.db : 0x41CB728 (Table: message, handle, chat;
Size: 89862144 bytes)

| Case: IN-21-0021 | Target: Sean Gross | Line: 307-441-4708 (Verizon) | File Number: |
|---|---|---|---|

| Session: | 961 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 11/04/2021 CDT | Content: | Text | Associate DN: | (928) 263-0521 |
| Start Time: | 04:24:56 CDT | Primary Language: | Unknown | In/Out Digits: | 19282630521 |
| Stop Time: | 04:24:56 CDT | Complete: | Completed | Subscriber: | GROSS, SHAUNA |
| Duration: | 00:00:00 | Monitor ID: | | Participants: | GROSS, SEAN |
| | | | | | GROSS, SHAUNA |

### Content (SMS - Pager)

Nice I need like 4k to get again I got 8k but short the 4

### Synopsis

Direction:              Outgoing

Associate Number:       9282630521

Subscriber:             SHAUNA GROSS
5073 W CAMELBACK LOOP
                        KINGMAN, ARIZONA

Synopsis:

GROSS to SHAUNA

SMS:    Nice I need like 4k to get again I got 8k but short the 4

[End of text message]
SB: SM



GOVERNMENT
EXHIBIT
75

PENGAD 800-631-6989



| | | | | |
|---|---|---|---|---|
| **Session:** | 967 | **Classification:** | Pertinent | **Direction:** Outgoing |
| **Date:** | 11/04/2021 CDT | **Content:** | Text | **Associate DN:** (928) 263-0521 |
| **Start Time:** | 04:44:31 CDT | **Primary Language:** | Unknown | **In/Out Digits:** 19282630521 |
| **Stop Time:** | 04:44:31 CDT | **Complete:** | Completed | **Subscriber:** GROSS, SHAUNA |
| **Duration:** | 00:00:00 | **Monitor ID:** | | **Participants:** GROSS, SEAN |
| | | | | GROSS, SHAUNA |

**Content (SMS - Pager)**

Oh ok I only have to do video court right now

**Synopsis**

Direction: Outgoing

Associate Number: 9282630521

Subscriber: SHAUNA GROSS
5073 W CAMELBACK LOOP
KINGMAN, ARIZONA

Synopsis:

GROSS to SHAUNA

SMS: Oh ok I only have to do video court right now

[End of text message]
SB: SM

Case: IN-2      et. Sean Gro      307-441-4708 (Verizon)      **File Number:**

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 963 | **Classification:** | Pertinent | **Direction:** | Incoming |
| **Date:** | 11/04/2021 CDT | **Content:** | Text | **Associate DN:** (928) 263-0521 | |
| **Start Time:** | 04:26:54 CDT | **Primary Language:** | Unknown | **In/Out Digits:** | 9282630521 |
| **Stop Time:** | 04:26:54 CDT | **Complete:** | Completed | **Subscriber:** | GROSS, SHAUNA |
| **Duration:** | 00:00:00 | **Monitor ID:** | | **Participants:** | GROSS, SEAN |
| | | | | | GROSS, SHAUNA |

**Content (SMS - Pager)**

Fuck that's a lot

**Synopsis**

Direction:      Incoming

Associate Number:      9282630521

Subscriber:      SHAUNA GROSS
5073 W CAMELBACK LOOP
KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS:    Fuck that's a lot

[End of text message]
SB: SM



| | | | | |
|---|---|---|---|---|
| **Session:** | 962 | **Classification:** | Pertinent | **Direction:** Incoming |
| **Date:** | 11/04/2021 CDT | **Content:** | Text | **Associate DN:** (928) 263-0521 |
| **Start Time:** | 04:26:14 CDT | **Primary Language:** | Unknown | **In/Out Digits:** 9282630521 |
| **Stop Time:** | 04:26:14 CDT | **Complete:** | Completed | **Subscriber:** GROSS, SHAUNA |
| **Duration:** | 00:00:00 | **Monitor ID:** | | **Participants:** GROSS, SEAN |
| | | | | GROSS, SHAUNA |

**Content (SMS - Pager)**

Fuck

**Synopsis**

Direction:              Incoming

Associate Number:    9282630521

Subscriber:            SHAUNA GROSS
5073 W CAMELBACK LOOP
                      KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS:   Fuck

[End of text message]
SB: SM

| Case: IN-21-0021 | Target: Sean Gross | Line: 307-441-4708 (Verizon) | File Number: |
|---|---|---|---|

| Session: | 965 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 11/04/2021 CDT | Content: | Text | Associate DN: | (928) 263-0521 |
| Start Time: | 04:28:59 CDT | Primary Language: | Unknown | In/Out Digits: | 9282630521 |
| Stop Time: | 04:28:59 CDT | Complete: | Completed | Subscriber: | GROSS, SHAUNA |
| Duration: | 00:00:00 | Monitor ID: | | Participants: | GROSS, SEAN |
| | | | | | GROSS, SHAUNA |

## Content (SMS - Pager)

I don't want you to go down there without one

## Synopsis

Direction: Incoming

Associate Number: 9282630521

Subscriber: SHAUNA GROSS
5073 W CAMELBACK LOOP
KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS: I don't want you to go down there without one

[End of text message]
SB: SM



| Case: II -0021 | | Targ: ean Gros | | ne: 307-4 | uo (venzo | | Number: | |
|---|---|---|---|---|---|---|---|---|
| **Session:** | 964 | **Classification:** | Pertinent | **Direction:** | Incoming | | | |
| **Date:** | 11/04/2021 CDT | **Content:** | Text | **Associate DN:** | (928) 263-0521 | | | |
| **Start Time:** | 04:28:17 CDT | **Primary Language:** | Unknown | **In/Out Digits:** | 9282630521 | | | |
| **Stop Time:** | 04:28:17 CDT | **Complete:** | Completed | **Subscriber:** | GROSS, SHAUNA | | | |
| **Duration:** | 00:00:00 | **Monitor ID:** | | **Participants:** | GROSS, SEAN | | | |
| | | | | | GROSS, SHAUNA | | | |

### Content (SMS - Pager)

I am trying to figer out how to get a lawyer for you

### Synopsis

Direction:            Incoming

Associate Number:      9282630521

Subscriber:         SHAUNA GROSS
5073 W CAMELBACK LOOP
                KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS:   I am trying to figer out how to get a lawyer for you

[End of text message]
SB: SM

Case  IN-21    L. Se   Gross    Li  07-44   /08 (ve    Num

| Session: | 973 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 11/04/2021 CDT | Content: | Text | Associate DN: | (928) 263-0521 |
| Start Time: | 09:47:52 CDT | Primary Language: | Unknown | In/Out Digits: | 19282630521 |
| Stop Time: | 09:47:52 CDT | Complete: | Completed | Subscriber: | GROSS, SHAUNA |
| Duration: | 00:00:00 | Monitor ID: | se7796 | Participants: | GROSS, SEAN |
| | | | | | GROSS, SHAUNA |

**Content (SMS - Pager)**

Oh I really got to come up some how mom

**Synopsis**

Direction:             Outgoing

Associate Number:      9282630521

Subscriber:            SHAUNA GROSS
5073 W CAMELBACK LOOP
                       KINGMAN, ARIZONA

Synopsis:

GROSS to SHAUNA

SMS:    Oh I really got to come up some how mom

[End of text message]
SB: SM

| Case: IN-21-0021 | Target: Sean Gross | Line: 307-441-4708 (Verizon) | File Number: |
|---|---|---|---|

| Session: | 4981 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 11/19/2021 CST | Content: | Text | Associate DN: | (928) 263-0521 |
| Start Time: | 16:11:19 CST | Primary Language: | Unknown | In/Out Digits: | 19282630521 |
| Stop Time: | 16:11:19 CST | Complete: | Completed | Subscriber: | GROSS, SHAUNA |
| Duration: | 00:00:00 | Monitor ID: | jb4252 | Participants: | GROSS, SEAN |
| | | | | | GROSS, SHAUNA |

### Content (SMS - Pager)

Are u comeing down today

### Synopsis

Direction:                    Incoming

Associate Number:        9282630521

Subscriber:                  SHAUNA GROSS
5073 W CAMELBACK LOOP
                               KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS Content:   Are u comeing down today

[End of text message]

SB:JB



GOVERNMENT
EXHIBIT
76

PENGAD 800-631-6989

| Case: IN-21-0021 | | Target: Sean Gross | | Line: 307-441-4708 (Verizon) | | File Number: |
|---|---|---|---|---|---|---|

| Session: | 4983 | **Classification:** | Pertinent | **Direction:** | Incoming | |
|---|---|---|---|---|---|---|
| Date: | 11/19/2021 CST | **Content:** | Text | **Associate DN:** | (928) 263-0521 | |
| Start Time: | 16:11:22 CST | **Primary Language:** | Unknown | **In/Out Digits:** | 19282630521 | |
| Stop Time: | 16:11:22 CST | **Complete:** | Completed | **Subscriber:** | GROSS, SHAUNA | |
| Duration: | 00:00:00 | **Monitor ID:** | jb4252 | **Participants:** | GROSS, SEAN | |
| | | | | | GROSS, SHAUNA | |

### Content (SMS - Pager)

Hey they are here now so I am going to talk to them now so 2,400 1,200  600 right

### Synopsis

Direction:             Incoming

Associate Number:     9282630521

Subscriber:           SHAUNA GROSS
5073 W CAMELBACK LOOP
                      KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS Content:  Hey they are here now so I am going to talk to them now so 2,400 1,200 600 right

[End of text message]

SB:JB

| N-21-0021 | Target: S ...Gross | Line: 307- (erizon) | File Number: |
|---|---|---|---|

| **Session:** | 4984 | **Classification:** | Pertinent | **Direction:** | Outgoing |
|---|---|---|---|---|---|
| **Date:** | 11/19/2021 CST | **Content:** | Text | **Associate DN:** | (928) 263-0521 |
| **Start Time:** | 16:12:38 CST | **Primary Language:** | Unknown | **In/Out Digits:** | 19282630521 |
| **Stop Time:** | 16:12:38 CST | **Complete:** | Completed | **Subscriber:** | GROSS, SHAUNA |
| **Duration:** | 00:00:00 | **Monitor ID:** | jb4252 | **Participants:** | GROSS, SEAN |
| | | | | | GROSS, SHAUNA |

### Content (SMS - Pager)

Ok

### Synopsis

Direction:        Outgoing

Associate Number:    9282630521

Subscriber:        SHAUNA GROSS
5073 W CAMELBACK LOOP
KINGMAN, ARIZONA

Synopsis:

GROSS to SHAUNA

SMS Content:  Ok

[End of text message]

SB:JB

| Case: IN-21- 021 | et: Sean Gross | B. 307-441-4 (rizon) | File Number |
|---|---|---|---|

| Session: | 4982 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 11/19/2021 CST | Content: | Text | Associate DN: | (928) 263-0521 |
| Start Time: | 16:11:20 CST | Primary Language: | Unknown | In/Out Digits: | 19282630521 |
| Stop Time: | 16:11:20 CST | Complete: | Completed | Subscriber: | GROSS, SHAUNA |
| Duration: | 00:00:00 | Monitor ID: | | Participants: | GROSS, SEAN |
| | | | | | GROSS, SHAUNA |

### Content (SMS - Pager)

Hey they already did it

### Synopsis

Direction:                    Incoming

Associate Number:        9282630521

Subscriber:                   SHAUNA GROSS
5073 W CAMELBACK LOOP
                                   KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS Content:   Hey they already did it

[End of text message]

SB:JB



| | | | |
|---|---|---|---|
| Case: IN 1-0021 | rget: Sean Gross | 307-441-4708 (vt n) | File Number: |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Session:** | 5099 | **Classification:** | Pertinent | **Direction:** | Outgoing | |
| **Date:** | 11/19/2021 CST | **Content:** | Text | **Associate DN:** (928) 263-0521 | | |
| **Start Time:** | 20:26:12 CST | **Primary Language:** | Unknown | **In/Out Digits:** 19282630521 | | |
| **Stop Time:** | 20:26:12 CST | **Complete:** | Completed | **Subscriber:** | GROSS, SHAUNA | |
| **Duration:** | 00:00:00 | **Monitor ID:** | pj9971 | **Participants:** | GROSS, SEAN | |
| | | | | | GROSS, SHAUNA | |

### Content (SMS - Pager)

Ok cool I'll let u know when I head that way

### Synopsis

Direction:              Outgoing

Associate Number:       9282630521

Subscriber:             SHAUNA GROSS
5073 W CAMELBACK LOOP
KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS: Ok cool I'll let u know when I head that way

SB: ACM

SENSITIVE

Linesheet



| Session: | 5098 | Classification: | Pertinent | Direction: | Incoming |
| Date: | 11/19/2021 CST | Content: | Text | Associate DN: | (928) 263-0521 |
| Start Time: | 20:25:47 CST | Primary Language: | Unknown | In/Out Digits: | 19282630521 |
| Stop Time: | 20:25:47 CST | Complete: | Completed | Subscriber: | GROSS, SHAUNA |
| Duration: | 00:00:00 | Monitor ID: | pj9971 | Participants: | GROSS, SEAN |
| | | | | | GROSS, SHAUNA |

### Content (SMS - Pager)

They will more n likey get one or half

### Synopsis

Direction: Incoming

Associate Number: 9282630521

Subscriber: SHAUNA GROSS
5073 W CAMELBACK LOOP
KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS: They will more n likey get one or half

SB: ACM



| Case: N-21-0021 | | | | | Line: 307-4 | arizon) | | re Numbe | |
|---|---|---|---|---|---|---|---|---|---|
| **Session:** | 4985 | **Classification:** | Pertinent | **Direction:** | Outgoing | | | | |
| **Date:** | 11/19/2021 CST | **Content:** | Text | **Associate DN:** | (928) 263-0521 | | | | |
| **Start Time:** | 16:12:44 CST | **Primary Language:** | Unknown | **In/Out Digits:** | 19282630521 | | | | |
| **Stop Time:** | 16:12:44 CST | **Complete:** | Completed | **Subscriber:** | GROSS, SHAUNA | | | | |
| **Duration:** | 00:00:00 | **Monitor ID:** | jb4252 | **Participants:** | GROSS, SEAN | | | | |
| | | | | | GROSS, SHAUNA | | | | |

### Content (SMS - Pager)

Let me know

### Synopsis

Direction: Outgoing

Associate Number: 9282630521

Subscriber: SHAUNA GROSS
5073 W CAMELBACK LOOP
KINGMAN, ARIZONA

Synopsis:

GROSS to SHAUNA

SMS Content: Let me know

[End of text message]

SB:JB

| Case: IN-21-0021 | Target: Sean Gross | Line: 307-441-4708 (Verizon) | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 5100 | **Classification:** | Pertinent | **Direction:** | Incoming |
| **Date:** | 11/19/2021 CST | **Content:** | Text | **Associate DN:** (928) 263-0521 | |
| **Start Time:** | 20:26:44 CST | **Primary Language:** | Unknown | **In/Out Digits:** | 19282630521 |
| **Stop Time:** | 20:26:44 CST | **Complete:** | Completed | **Subscriber:** | GROSS, SHAUNA |
| **Duration:** | 00:00:00 | **Monitor ID:** | pj9971 | **Participants:** | GROSS, SEAN |
| | | | | | GROSS, SHAUNA |

### Content (SMS - Pager)

Ok

### Synopsis

Direction:              Incoming

Associate Number:       9282630521

Subscriber:             SHAUNA GROSS
5073 W CAMELBACK LOOP
                        KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS: Ok

SB: ACM

| Case: IN- ⬚021 | Target: Sean ⬚s | Line: 307-441⬚6 (Verizon) | File Num ⬚r: |
|---|---|---|---|

| Session: | 4986 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 11/19/2021 CST | Content: | Text | Associate DN: | (928) 263-0521 |
| Start Time: | 16:13:06 CST | Primary Language: | Unknown | In/Out Digits: | 19282630521 |
| Stop Time: | 16:13:06 CST | Complete: | Completed | Subscriber: | GROSS, SHAUNA |
| Duration: | 00:00:00 | Monitor ID: | jb4252 | Participants: | GROSS, SEAN |
| | | | | | GROSS, SHAUNA |

## Content (SMS - Pager)

If not I'm going to send it for more

## Synopsis

Direction: Outgoing

Associate Number: 9282630521

Subscriber: SHAUNA GROSS
5073 W CAMELBACK LOOP
KINGMAN, ARIZONA

Synopsis:

GROSS to SHAUNA

SMS Content: If not I'm going to send it for more

[End of text message]

SB:JB



| Case: | -0021 | | Targ | Gross | | ne. 307-4 | 5 (Verizor | | Number: | |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 4980 | **Classification:** | Pertinent | **Direction:** | Incoming |
| **Date:** | 11/19/2021 CST | **Content:** | Text | **Associate DN:** | (928) 263-0521 |
| **Start Time:** | 16:11:18 CST | **Primary Language:** | Unknown | **In/Out Digits:** | 19282630521 |
| **Stop Time:** | 16:11:18 CST | **Complete:** | Completed | **Subscriber:** | GROSS, SHAUNA |
| **Duration:** | 00:00:00 | **Monitor ID:** | | **Participants:** | GROSS, SEAN |
| | | | | | GROSS, SHAUNA |

### Content (SMS - Pager)

Are u comeing down today

### Synopsis

Direction:            Incoming

Associate Number:     9282630521

Subscriber:           SHAUNA GROSS
5073 W CAMELBACK LOOP
                      KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS Content:   Are u comeing down today

[End of text message]

SB:JB

## Linesheet

**User:** Ethan Kramer

| Case: IN-21-0021 | Target: Sean Gross | Line: 307-441-4708 (Verizon) | File Number: |
|---|---|---|---|

| Session: | 4979 | Classification: | Pertinent | Direction: | Incoming | |
|---|---|---|---|---|---|---|
| Date: | 11/19/2021 CST | Content: | Text | Associate DN: | (928) 263-0521 | |
| Start Time: | 16:11:18 CST | Primary Language: | Unknown | In/Out Digits: | 19282630521 | |
| Stop Time: | 16:11:18 CST | Complete: | Completed | Subscriber: | GROSS, SHAUNA | |
| Duration: | 00:00:00 | Monitor ID: | jb4252 | Participants: | GROSS, SEAN | |
| | | | | | GROSS, SHAUNA | |

### Content (SMS - Pager)

Hey they are here now so I am going to talk to them now so 2,400 1,200  600 right

### Synopsis

Direction:                    Incoming

Associate Number:      9282630521

Subscriber:                 SHAUNA GROSS
5073 W CAMELBACK LOOP
KINGMAN, ARIZONA

Synopsis:

SHAUNA to GROSS

SMS Content:   Hey they are here now so I am going to talk to them now so 2,400 1,200 600 right

[End of text message]

SB:JB



GOVERNMENT
EXHIBIT
77
PENGAD 800-631-6989

GOVERNMENT EXHIBIT 78

PENGAD 800-631-6989



# Arizona DRIVER LICENSE USA

## NOT FOR FEDERAL IDENTIFICATION



9 CLASS D
5a END NONE
12 REST NONE

4d DLN D03993290
3 DOB 08/24/1983

1 DRISCOLL
2 RUSTY JAMES
8 3719 N 4TH ST
KINGMAN, AZ 864092902

4b EXP 08/24/2048    4a ISS 07/07/2021

15 SEX M         18 EYES HAZ
16 HGT 5'-09"    19 HAIR BLK
17 WGT 170 lb

DONOR ♥

08/24/83

5 DD 005102BF7D091205

GOVERNMENT
EXHIBIT
79
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
80



GOVERNMENT
EXHIBIT
81



**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

**Chemical Analysis Report**

Sioux Falls Resident Office
5000 South Broadband Lane, Suite 200
Sioux Falls, SD 57108

**Case Number:** IN-21-0021
**LIMS Number:** 2021-SFL5-09316

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 918 | Methamphetamine Hydrochloride | 6.837 g ± 0.003 g | 100% ± 6% | 6.837 g ± 0.414 g |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 12/13/2021          **Gross Weight:** 37.1 g          **Date Received by Examiner:** 10/28/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 918 | 1 | Plastic Bag | Crystalline | 6.577 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine identified in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|-------------------|
| 918 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 918 | DEA 503/UV-Vis Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Tolulope O. Omosun, Forensic Chemist
**Approved By:** /S/ Sally F. Ho, Senior Forensic Chemist

**Date:** 11/15/2022
**Date:** 11/18/2022

DEA Form 113 August 2019

**WC_SD_0086_Ditch_Walker - 02490**     Page 1 of 1

GOVERNMENT EXHIBIT
84
PENGAD 800-631-6989

| Case: IN-21-0021 | Target: Christopher Danieals | Line: 605-403-7353 (Verizon) | File Number: |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Session:** 3930 | **Classification:** Pertinent | **Direction:** Incoming | |
| **Date:** 11/26/2021 CST | **Content:** Text | **Associate DN:** (605) 521-7021 | |
| **Start Time:** 07:56:19 CST | **Primary Language:** Unknown | **In/Out Digits:** 16055217021 | |
| **Stop Time:** 07:56:19 CST | **Complete:** Completed | **Subscriber:** DANIELS, TRISTEN | |
| **Duration:** 00:00:00 | **Monitor ID:** | **Participants:** DANIELS, CHRISTOPHER | |
| | | DANIELS, TRISTEN | |

## Content (SMS - Pager)

Rusty Driscoll (Az)
6237035146

## Synopsis

Direction:             Incoming

Associate Number:      6055217021

Subscriber:            TRISTEN DANIELS
901 N VERMONT AVE
DELL RAPIDS, SOUTH DAKOTA

Synopsis:

SHAUNNA to DANIELS

SMS Content:   Rusty Driscoll (Az)
6237035146

[End of text message]

SB:JB



Exhibit 1

## 9470 1036 9930 0059 3833 64

From: Jessica Johnson, 4301 Highway 2 ALT, Haynesville, LA 71038-6319 (shipped from Phoenix, AZ)
To: Jason Mahoney, 901 North Vermont Avenue, Dell Rapids, SD 57022-1332
Payment Method: VISA ending in 9715

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 94701036993000059383364 | 6/30/2021 | Priority Mail Express(R) | Phoenix, AZ | 901 N Vermont Avenue, Dell Rapids, SD | 7/2/2021 | 10:03 | 2 lb(s) 3 oz(s) | $50.75 |



PENGAD 800-631-6989

GOVERNMENT EXHIBIT

86

Exhibit 2

## 9505 5066 3396 1250 5166 23

From: Kingman, AZ 86401-9998
To: 901 North Vermont Avenue, Dell Rapids, SD 57022-1332
Payment Method: VISA ending in 4724

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9505506633961250516623 | 9/7/2021 | Priority Mail(R) | Kingman, AZ | 901 N Vermont Avenue, Dell Rapids, SD | 9/13/2021 | 13:34 | 18 lb(s) 2 oz(s) | $73.95 |





PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
87

Exhibit 3

## 9505 5066 3396 1259 5208 05

From: Kiven Novack, 3201 N Benton, Kingman, AZ 86401-9998
To: 901 North Vermont Avenue, Dell Rapids, SD 57022-1332
Payment Method: VISA ending in 0708

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9505506633961259520805 | 9/16/2021 | Priority Mail(R) | Kingman, AZ | 901 N Vermont Avenue, Dell Rapids, SD | 9/18/2021 | 13:14 | 6 lb(s) 3 oz(s) | $25.40 |









GOVERNMENT
EXHIBIT
88

PENGAD 800-631-6989

Exhibit 4

## 9405 5036 9930 0012 2046 86

From: SRJ Consulting, 1305 W Jomax Rd, Phoenix, AZ 85085-1890
To: Jason Mahoney, 901 North Vermont Avenue, Dell Rapids, SD 57022-1332
Payment Method: VISA ending in 1694

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9405503699300012204686 | 9/23/2021 | Priority Mail(R) | Phoenix, AZ | 901 N Vermont Avenue, Dell Rapids, SD | 9/25/2021 | 13:03 | 6 lb(s) 0 oz(s) | $22.90 |





GOVERNMENT
EXHIBIT
89

Exhibit 5

## 9505 5066 3396 1281 5307 35

From: Kingman, AZ 86401-9998
To: 901 North Vermont Avenue, Dell Rapids, SD 57022-1332
Payment Method: VISA ending in 5976

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9505506633961281530735 | 10/8/2021 | Priority Mail(R) | Kingman, AZ | 901 N Vermont Avenue, Dell Rapids, SD | 10/12/2021 | 14:14 | 6 lb(s) 1 oz(s) | $26.15 |





GOVERNMENT
EXHIBIT
90

PENGAD 800-631-6989

Exhibit 6

## 9470 1036 9930 0059 3833 88

From: Jessica Johnson, 4301 Highway 2 ALT, Haynesville, LA 71038-6319 (shipped from Phoenix, AZ)
To: Michael Berhow, 302 E 2nd St, Egan, SD 57024-2014
Payment Method: VISA ending in 9715

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9470103699300059383388 | 6/30/2021 | Priority Mail Express(R) | Phoenix, AZ | 302 E 2nd St, Egan, SD | 7/2/2021 | 12:01 | 1 lb(s) 1 oz(s) | $26.95 |



GOVERNMENT
EXHIBIT
91

PENGAD 800-631-6989

Exhibit 7

**9470 1036 9930 0059 6122 73**

From: Jessica Johnson, 2201 E Javelina Ave, Mesa, AZ 85204-6934 (shipped from Phoenix, AZ)
To: Mike Berhow, 302 E 2nd St, Egan, SD 57024-2014
Payment Method: VISA ending in 9715

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9470103699300059612273 | 7/12/2021 | Priority Mail Express(R) | Phoenix, AZ | 302 E 2nd St, Egan, SD | 7/15/2021 | 11:38 | 1 lb(s) 1 oz(s) | $26.35 |



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
92

Exhibit 8

**9505 5066 3396 1239 5120 04**

From: Kingman, AZ 86401-9998
To: 302 E 2nd St, Egan, SD 57024-2014
Payment Method: VISA ending in 1126

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9505506633961239512004 | 8/28/2021 | Priority Mail (R) | Kingman, AZ | 302 E 2nd St. Egan, SD | 8/30/2021 | 12:45 | 13 lb(s) 1 oz(s) | $54.35 |



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
93

Exhibit 9

## 9505 5067 1716 1207 3313 66

From: Shreveport, LA 71105-0002
To: 302 E 2nd St, Egan, SD 57024-2014
Payment Method: MasterCard ending in 0008

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9505506717161207331366 | 7/26/2021 | Priority Mail (R) | Shreveport, LA | 302 E 2nd St. Egan, SD | 7/28/2021 | 11:47 | 4 lb(s) 13 oz(s) | $21.90 |







GOVERNMENT
EXHIBIT
94

Exhibit 10

## 9505 5066 3396 1259 5207 68

From: Kingman, AZ 86401-9998
To: 516 N Main St., Canton, SD 57013-1225
Payment Method: VISA ending in 0708

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9505506633961259520768 | 9/16/2021 | Priority Mail(R) | Kingman, AZ | 516 N Main St, Canton, SD | 9/20/2021 | 09:49 | 0 lb(s) 13 oz(s) | $8.80 |



GOVERNMENT EXHIBIT
95
PENGAD 800-631-6989

Exhibit 11

## 9470 1036 9930 0061 1410 37

From: Richard Daniels, SRJ Consulting, 1305 W Jomax RD, Phoenix, AZ 85085-1890
To: Suzie Q, 516 N Main St., Canton, SD 57013-1225
Payment Method: VISA ending in 2700

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9470103699300061141037 | 9/23/2021 | Priority Mail Express(R) | Phoenix, AZ | 516 N Main St, Canton, SD | 9/25/2021 | 08:40 | 1 lb(s) 4 oz(s) | $48.20 |



GOVERNMENT EXHIBIT
96
PENGAD 800-631-6989

Exhibit 12

## 9470 1036 9930 0061 1247 33

From: COCO Glow Spray Tans, 2501 W Happy Valley Rd, STE 40, Phoenix, AZ 85085-1890
To: Spray Tans by Jessica, 4301 Highway 2 ALT, Haynesville, LA 71038-6319
Payment Method: VISA ending in 1694

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 94701036993000061124733 | 9/23/2021 | Priority Mail Express(R) | Phoenix, AZ | 4301 Highway 2 ALT, Haynesville, LA | 9/27/2020 | 10:49 | 6 lb(s) | $75.65 |



GOVERNMENT
EXHIBIT
97

PENGAD 800-631-6989

Exhibit 13

## 9505 5066 3396 1250 5166 09

From: Kingman, AZ 86401-9998
To: 4301 Highway 2 Alt, Haynesville, LA 71038-6319
Payment Method: VISA ending in 4724

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9505506633961250516609 | 9/7/2021 | Priority Mail(R) | Kingman, AZ | 4301 Highway 2 Alt, Haynesville, LA | 9/10/2021 | 09:40 | 2 lb(s) 2.56 oz(s) | $15.50 |







GOVERNMENT
EXHIBIT
98

Exhibit 14

## [4207 1038] 9505 5066 3396 1259 5207 82

From: Kingman, AZ 86401-9998
To: 4301 Highway 2 Alt, Haynesville, LA 71038-6319
Payment Method: VISA ending in 0708

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 42071038950550663396125952078 | 9/16/2021 | Priority Mail(R) | Kingman, AZ | 4301 Highway 2 Alt, Haynesville, LA | 9/18/2021 | 09:56 | 3 lb(s) 7 oz(s) | $17.60 |





GOVERNMENT EXHIBIT 99

PENGAD 800-631-6989

Exhibit 15

## 9470 1036 9930 0059 6122 66

From: Jessica Johnson, 2201 E Javelina Ave, Mesa, AZ 85204-6934 (shipped from Phoenix, AZ)
To: 4301 Highway 2 ALT, Haynesville, LA 71038-6319
Payment Method: VISA ending in 9715

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 9470103699300059612266 | 7/12/2021 | Priority Mail Express(R) | Phoenix, AZ | 4301 Highway 2 Alt, Haynesville, LA | 7/15/2021 | 10:01 | 1 lb(s) 1 oz(s) | $26.35 |


GOVERNMENT EXHIBIT
100
PENGAD 800-631-6989

Exhibit 16

**9470 1036 9930 0059 3833 71**

From: Jessica Johnson, 4301 Highway 2 ALT, Haynesville, LA 71038-6319 (shipped from Phoenix, AZ)
To: Jess Johnson, 4301 Highway 2 ALT, Haynesville, LA 71038-6319
Payment Method: VISA ending in 9715

| Tracking # | Mailing Date | Mail Class | Mailed From | Delivery Address | Delivery Date | Delivery Time | Weight | Postage |
|---|---|---|---|---|---|---|---|---|
| 94701036993000059383371 | 6/30/2021 | Priority Mail Express(R) | Phoenix, AZ | 4301 Highway 2 Alt, Haynesville, LA | 7/3/2021 | 09:57 | 1 lb(s) 1 oz(s) | $26.95 |


GOVERNMENT EXHIBIT
101
PENGAD 800-631-6989



**CHRISTOPHER DANIELS**
Active: 8/7/2021 - 9/22/2021
Contact ID: (605) 403-4542
Frequency: 13
Frequency %: <1%
Contact ID: (605)403-3440
Frequency: 10
Frequency %: <1%

**KATIE SCARLETT SANDERS**
Active: 8/22/2021 - 10/4/2021
Contact ID: (602) 558-2659
Frequency: 3810
Frequency %: 24%

**JOSE MANUEL LUGO-ALMEIDA**
Active: 7/22/2021 - 9/20/2021
Contact ID: +52-6311921628
Frequency: 424
Frequency %: 3%

(605) 403-3440

(605) 403-4542

(602) 558-2659

+52-6311 921628

**RUSTY DRISCOLL**
Active: 7/22/2021 - 10/4/2021
Contact ID: (623) 703-5146

(318) 453-5387

(318) 423-1929

**JESSICA JOHNSON (LOUVIERE)**
Active: 8/8/2021 - 10/3/2021
Contact ID: (318) 453-5387
Frequency: 1126
Frequency %: 7%
Contact ID: (318) 423-1929
Frequency: 2
Frequency %: <1%

(928) 263-0521

(606) 254-1466

(307) 441-4708

**SHAUNA GROSS**
Active: 8/27/2021 - 10/2/2021
Contact ID: (928) 263-0521
Frequency: 53
Frequency %: <1%

**SEAN GROSS**
Active: 7/22/2021 - 10/4/2021
Contact ID: (307) 441-4708
Frequency: 840
Frequency %: 5%
Contact ID: (606) 254-1466
Frequency: 13
Frequency %: <1%

PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
103



**RUSTY DRISCOLL**
Active: 10/8/2021 - 11/25/2021
Contact ID: (623) 703-5146
Frequency: 96
Frequency %: <1%

**JESSICA JOHNSON (LOUVIERE)**
Active: 8/12/2021 - 11/25/2021
Contact ID: (318) 453-5387
Frequency: 933
Frequency %: 3%

(623) 703-5146

(318) 453-5387

**SEAN GROSS**
Active: 4/21/2021 - 11/25/2021
Contact ID: (307) 441-4708
Frequency: 544
Frequency %: 2%
Contact ID: (606) 288-1857
Frequency: 43
Frequency %: <1%

(307) 441-4708

(606) 288-1857

**SHAUNNA DANIELS**
Active: 4/13/2021 - 11/25/2021
Contact ID: (605)521-7021

(307) 689-8873

(307) 689-0606

**JEFF WILSON**
Active: 4/13/2021 - 11/25/2021
Contact ID: (307) 689-8873
Frequency: 367
Frequency %: 1%
Contact ID: (307) 689-0606
Frequency: 164
Frequency %: <1%

(605) 633-0207

**MICHAEL PAUL BERHOW**
Active: 4/14/2021 - 11/25/2021
Contact ID: (605) 633-0207
Frequency: 1986
Frequency %: 6%

**GOVERNMENT EXHIBIT 105**
PENGAD 800-631-6989



**SHAUNNA DANIELS**
Active: 4/11/2021 - 11/25/2021
Contact ID: (605) 521-7021

**(605) 595-8805**
Active: 10/1/2021 - 10/27/2021
Contact ID: (605) 595-8805
Frequency: 393
Frequency %: 1%

**(605) 403-7353**
Active: 11/7/2021 - 11/25/2021
Contact ID: (605) 403-7353
Frequency: 280
Frequency %: <1%

**(605) 254-7147**
Active: 6/30/2021 - 8/4/2021
Contact ID: (605) 254-7147
Frequency: 232
Frequency %: <1%

**(605) 215-2379**
Active: 5/1/2021 - 5/7/2021
Contact ID: (605) 215-2379
Frequency: 3
Frequency %: <1%

**(605) 403-4542**
Active: 8/7/2021 - 9/20/2021
Contact ID: (605) 403-4542
Frequency: 526
Frequency %: 1%

**(605) 403-7248**
Active: 10/27/2021 - 11/7/2021
Contact ID: (605) 403-7248
Frequency: 123
Frequency %: <1%

**(605) 219-7557**
Active: 4/11/2021 - 6/30/2021
Contact ID: (605) 219-7557
Frequency: 2260
Frequency %: 6%

**(605) 366-6662**
Active: 10/1/2021 - 11/22/2021
Contact ID: (605) 366-6662
Frequency: 68
Frequency %: <1%

**(605) 403-3440**
Active: 9/20/2021 - 10/1/2021
Contact ID: (605) 403-3440
Frequency: 102
Frequency %: <1%

**CHRISTOPHER DANIELS**
Active: 4/11/2021 - 11/25/2021

PENGAD 800-631-6989
**GOVERNMENT EXHIBIT**
106



GOVERNMENT
EXHIBIT
_110_
CR 21-40169



GOVERNMENT
EXHIBIT

/ / /

CR 21-40169



GOVERNMENT EXHIBIT

112

CR 21-40169

PENGAD 800-631-6989