# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

## MEMORANDUM

**TO:**      Clerk, U.S. District Court, District of South Dakota

**FROM:**    Susan E. Bindler, Clerk of Court

**DATE:**    October 06, 2025

**RE:**      23-3660  United States v. Rusty Driscoll

         District Court/Agency Case Number(s):   4:21-cr-40169-KES-2

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

DNS

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 6, 2025

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

      Re:   Rusty James Driscoll
            v. United States
            No. 24-7350
            (Your No. 23-3660)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk