Rusty J, Driscoll                    /Re: united states v. Gross et. at.
Res. No. 78106509                     case Number. 4:21-CR-40169-KES
united states Penitentiary-
victorville.
P.O. Box 3900
Adelanto, ca 92301


Date: April 19, 2026.


office of the clerk
united states District court
District of south Dacota


Dear clerk.


         This letter is to seek your assistance in obtaining
Dockuments that are needed And needed to properly file
my 28 u.s.c. § 2255 motion to vacate, set aside, or correct
sentence in the above case number.
         "Dockumets needed."
a blank copy of a 28 u.s.c § 2255 motion,
Trial Trascripts, sentencing Transcripts, full Discovery
alons with copies of any motions that the government
submitted Asainst me, and motions that my attorney
submitted on my behalf, I also need copies of my
codefendents Trascripts as to Sean Gross and chris
Daniels'D.
         Note: I'm givins notice to this Honorable court

P. 1 of 2

That due to being placed in the special Housing unit (SHU) And this is has been hindering me to have access to my legal matieral, or Access to the Law Library, along with, while being in the (SHU) There is no pens, or paper for writing the courts.

Also, I am pending transfer to a different institution inwhich is also hindering me to properly file my 28 u.s.c. § 2255 motion.

I am willing to pay the cost of copies of Requested Documentation as to All Requested Dockuments are needed.

Please file stamp this Letter and Return it to me for my Records

I Thank you in advance for your Assistance and Time in aid to this matter.

sincerily

Rusty Driscoll

Rusty J. Driscoll

P. 2 of 2

Rusty Driscoll #78106509
United States Penetentiary, Victorville
Po Box 3900
Adelanto CA 92301



SN BERNARDINO CA 923

21 APR 2026 PM 4 L

UNITED STATES
OF AMERICA

FOREVER/USA

LEGAL MAIL

United States District Court
District of South Dakota
Office of the Clerk
400 S Phillips Ave Rm 128
Sioux Falls SD 57104-6857

57104-685128